# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Craig B. Rosen <br>                         Debtor(s) | CHAPTER 7 |
| Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-25T1, Mortgage Pass-Through Certificates, Series 2005-25T1 <br>                         Movant <br> vs. | NO. 15-10435 MDC <br><br> 11 U.S.C. Section 362 |
| Craig B. Rosen <br>                         Debtor(s) | |
| TERRY P. DERSHAW <br>                         Trustee | |

## ORDER

AND NOW, this 25th day of April, 2019 at Philadelphia. upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 1420 Centennial Road, Narberth, PA 19072 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee)~~ may take any legal action for enforcement of its right to possession of ~~the Property~~.

                                                   _Magdeline D. C_____
                                                               United States Bankruptcy Judge.

Craig B. Rosen
1420 Centennial Road
Narbeth, PA 19072

Edward J. DiDonato, Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103

Harry J. Giacometti, Flaster/Greenberg, P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Christopher Markos, Williams Cuker Berezofsky LLC
1515 Market Street, Suite 1300
Philadelphia, PA 19102

TERRY P. DERSHAW
P.O. Box 556
Warminster, PA 18974-0632

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532