United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-10435-mdc
Craig B Rosen                                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                  Page 1 of 2             Date Rcvd: Apr 26, 2019
                              Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2019.
db             +Craig B Rosen,    1420 Centennial Road,    Narberth, PA 19072-1209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
              AARON S APPLEBAUM    on behalf of Defendant Blair  Nagin aaron.applebaum@saul.com,
               Catherine.santangelo@saul.com
              AARON S APPLEBAUM    on behalf of Defendant    Blair Rosen aaron.applebaum@saul.com,
               Catherine.santangelo@saul.com
              Christopher  Markos    on behalf of Plaintiff Terry P. Dershaw, Trustee cmarkos@wcblegal.com,
               mcuker@wcblegal.com;pkeys@wcblegal.com
              Christopher  Markos    on behalf of Trustee TERRY P. DERSHAW cmarkos@wcblegal.com,
               mcuker@wcblegal.com;pkeys@wcblegal.com
              Christopher  Markos    on behalf of Plaintiff Terry P. Dershaw cmarkos@wcblegal.com,
               mcuker@wcblegal.com;pkeys@wcblegal.com
              Christopher  Markos    on behalf of Spec. Counsel    Williams Cuker Berezofsky cmarkos@wcblegal.com,
               mcuker@wcblegal.com;pkeys@wcblegal.com
              DAMIEN NICHOLAS TANCREDI     on behalf of Defendant Craig B Rosen
               Damien.Tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
              DAMIEN NICHOLAS TANCREDI     on behalf of Defendant Deborah  Rosen
               Damien.Tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
              DAVID B. SMITH    on behalf of Defendant    Weinerman Pain & Wellness dsmith@skhlaw.com,
               b.dr70286@notify.bestcase.com
              DAVID B. SMITH    on behalf of Defendant Brent  Weinerman dsmith@skhlaw.com,
               b.dr70286@notify.bestcase.com
              DIMITRI L. KARAPELOU    on behalf of  Blake  Rosen dkarapelou@karapeloulaw.com,
               dkarapelou@karapeloulaw.com
              EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Plaintiff Terry P. Dershaw, Trustee edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              HARRY J. GIACOMETTI    on behalf of Debtor Craig B Rosen harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              HARRY J. GIACOMETTI    on behalf of Interested Party Deborah  Rosen
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              HARRY J. GIACOMETTI    on behalf of Defendant Craig B Rosen harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              JOHN L. LASKEY    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
               jgould@stark-stark.com

```
District/off: 0313-2                  User: Randi                    Page 2 of 2                    Date Rcvd: Apr 26, 2019
                                      Form ID: pdf900                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          KATHERINE M. REINHART    on behalf of Creditor    Internal Revenue Service katherine.reinhart@usdoj.gov
          KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          MARK R. CUKER    on behalf of Plaintiff Terry P. Dershaw mcuker@wcblegal.com, shansel@wcblegal.com;pkeys@wcblegal.com
          MARK R. CUKER    on behalf of Plaintiff Terry P. Dershaw, Trustee mcuker@wcblegal.com, shansel@wcblegal.com;pkeys@wcblegal.com
          MARY F. KENNEDY    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as Trustee mary@javardianlaw.com, tami@javardianlaw.com
          MARY F. KENNEDY    on behalf of Creditor    THE BANK OF NEW YORK MELLON mary@javardianlaw.com, tami@javardianlaw.com
          MICHAEL D. VAGNONI    on behalf of    Deborah  Rosen michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.baglanzis@obermayer.com;helen.belair@obermayer.com
          MICHAEL D. VAGNONI    on behalf of Defendant Deborah  Rosen michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.baglanzis@obermayer.com;helen.belair@obermayer.com
          MICHAEL G. BUSENKELL, Esq.    on behalf of Defendant Lauren  Burman mbusenkell@gsbblaw.com
          MICHAEL P. DONOHUE    on behalf of Defendant    Weinerman Pain & Wellness mdonohue@smithkanelaw.com, donohue01@gmail.com
          MICHAEL P. DONOHUE    on behalf of Defendant Brent  Weinerman mdonohue@smithkanelaw.com, donohue01@gmail.com
          MICHAEL P. DONOHUE    on behalf of    Brent  Weinerman mdonohue@smithkanelaw.com, donohue01@gmail.com
          PETER E. MELTZER    on behalf of Creditor    FIRSTRUST BANK bankruptcy@wglaw.com, ibernatski@wglaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN    on behalf of Defendant Blake  Rosen SWaterman@ReadingCh13.com, scottfwaterman@gmail.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          VIVECA D. PARKER    on behalf of Creditor    Internal Revenue Service viveca.parker@usdoj.gov, genevieve.saylor@usdoj.gov

                                                                                                TOTAL: 38

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Craig B. Rosen<br>Debtor(s) | CHAPTER 7 |
| Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-25T1, Mortgage Pass-Through Certificates, Series 2005-25T1<br>Movant<br>vs. | NO. 15-10435 MDC<br><br>11 U.S.C. Section 362 |
| Craig B. Rosen<br>Debtor(s)<br><br>TERRY P. DERSHAW<br>Trustee | |

## ORDER

AND NOW, this 25th day of April, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 1420 Centennial Road, Narberth, PA 19072 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_Magdeline D. C_____
United States Bankruptcy Judge.

Craig B. Rosen
1420 Centennial Road
Narbeth, PA 19072

Edward J. DiDonato, Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103

Harry J. Giacometti, Flaster/Greenberg, P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Christopher Markos, Williams Cuker Berezofsky LLC
1515 Market Street, Suite 1300
Philadelphia, PA 19102

TERRY P. DERSHAW
P.O. Box 556
Warminster, PA 18974-0632

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532