UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| CRAIG B. ROSEN | : |
| | : |
| DEBTOR | : BKY. NO. 15-10435-mdc |

**O R D E R**

AND NOW, upon consideration of the First Interim Application of Accountant to the Trustee for allowance of compensation in the amount of $7,975.00 and reimbursement of expenses in the amount of $24.51, and after notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that interim compensation in the amount of $ 7,975.00         , plus expenses in the amount of $ 24.51      are allowed to Scott H. Kessler, CPA, as accountant to the Trustee, for the period June 6, 2017 through April 3, 2019.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

DATED: May 14, 2019