United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 15-10435-mdc
Craig B Rosen                                                                Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: May 15, 2019
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db             +Craig B Rosen,    1420 Centennial Road,    Narberth, PA 19072-1209
acc            +Scott H. Kessler,    2543 Kirk Drive,    Huntington Calley, PA 19006-5434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
         AARON S APPLEBAUM    on behalf of Defendant Blair  Nagin aaron.applebaum@saul.com,
          Catherine.santangelo@saul.com
         AARON S APPLEBAUM    on behalf of Defendant    Blair Rosen aaron.applebaum@saul.com,
          Catherine.santangelo@saul.com
         Christopher   Markos    on behalf of Plaintiff Terry P. Dershaw, Trustee cmarkos@wcblegal.com,
          mcuker@wcblegal.com;pkeys@wcblegal.com
         Christopher   Markos    on behalf of Trustee TERRY P. DERSHAW cmarkos@wcblegal.com,
          mcuker@wcblegal.com;pkeys@wcblegal.com
         Christopher   Markos    on behalf of Spec. Counsel   Williams Cuker Berezofsky cmarkos@wcblegal.com,
          mcuker@wcblegal.com;pkeys@wcblegal.com
         Christopher   Markos    on behalf of Plaintiff Terry P. Dershaw cmarkos@wcblegal.com,
          mcuker@wcblegal.com;pkeys@wcblegal.com
         DAMIEN NICHOLAS TANCREDI     on behalf of Defendant Craig B Rosen
          Damien.Tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
         DAMIEN NICHOLAS TANCREDI      on behalf of Defendant Deborah  Rosen
          Damien.Tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
         DAVID B. SMITH    on behalf of Defendant   Weinerman Pain & Wellness dsmith@skhlaw.com,
          b.dr70286@notify.bestcase.com
         DAVID B. SMITH    on behalf of Defendant Brent  Weinerman dsmith@skhlaw.com,
          b.dr70286@notify.bestcase.com
         DIMITRI L. KARAPELOU     on behalf of  Blake  Rosen dkarapelou@karapeloulaw.com,
          dkarapelou@karapeloulaw.com
         EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
          brian-oneill-fox-5537@ecf.pacerpro.com
         EDWARD J. DIDONATO     on behalf of Plaintiff Terry P. Dershaw, Trustee edidonato@foxrothschild.com,
          brian-oneill-fox-5537@ecf.pacerpro.com
         EDWARD J. DIDONATO     on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com,
          brian-oneill-fox-5537@ecf.pacerpro.com
         EDWARD J. DIDONATO    on behalf of Attorney   FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
          brian-oneill-fox-5537@ecf.pacerpro.com
         HARRY J. GIACOMETTI     on behalf of Debtor Craig B Rosen harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI     on behalf of Interested Party Deborah  Rosen
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI     on behalf of Defendant Craig B Rosen harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com
         JOHN L. LASKEY    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
          jgould@stark-stark.com
         KATHERINE M. REINHART     on behalf of Creditor   Internal Revenue Service
          katherine.reinhart@usdoj.gov

```
District/off: 0313-2           User: Randi                  Page 2 of 2                   Date Rcvd: May 15, 2019
                               Form ID: pdf900              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          MARK R. CUKER    on behalf of Plaintiff Terry P. Dershaw mcuker@wcblegal.com,
           shansel@wcblegal.com;pkeys@wcblegal.com
          MARK R. CUKER    on behalf of Plaintiff Terry P. Dershaw, Trustee mcuker@wcblegal.com,
           shansel@wcblegal.com;pkeys@wcblegal.com
          MARY F. KENNEDY    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
           as Trustee mary@javardianlaw.com, tami@javardianlaw.com
          MARY F. KENNEDY    on behalf of Creditor    THE BANK OF NEW YORK MELLON mary@javardianlaw.com,
           tami@javardianlaw.com
          MICHAEL D. VAGNONI    on behalf of  Deborah  Rosen michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
           anzis@obermayer.com;helen.belair@obermayer.com
          MICHAEL D. VAGNONI    on behalf of Defendant Deborah  Rosen michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
           anzis@obermayer.com;helen.belair@obermayer.com
          MICHAEL G. BUSENKELL, Esq.    on behalf of Defendant Lauren  Burman mbusenkell@gsbblaw.com
          MICHAEL P. DONOHUE    on behalf of Defendant    Weinerman Pain & Wellness mdonohue@smithkanelaw.com,
           donohue01@gmail.com
          MICHAEL P. DONOHUE    on behalf of Defendant Brent  Weinerman mdonohue@smithkanelaw.com,
           donohue01@gmail.com
          MICHAEL P. DONOHUE    on behalf of  Brent  Weinerman mdonohue@smithkanelaw.com,
           donohue01@gmail.com
          PETER E. MELTZER    on behalf of Creditor    FIRSTRUST BANK bankruptcy@wglaw.com,
           ibernatski@wglaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN    on behalf of Defendant Blake  Rosen SWaterman@ReadingCh13.com,
           scottfwaterman@gmail.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          VIVECA D. PARKER    on behalf of Creditor    Internal Revenue Service viveca.parker@usdoj.gov,
           genevieve.saylor@usdoj.gov
                                                                                             TOTAL: 38
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| CRAIG B. ROSEN | : |
| DEBTOR | : BKY. NO. 15-10435-mdc |

**O R D E R**

AND NOW, upon consideration of the First Interim Application of Accountant to the Trustee for allowance of compensation in the amount of $7,975.00 and reimbursement of expenses in the amount of $24.51, and after notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that interim compensation in the amount of $ 7,975.00, plus expenses in the amount of $ 24.51 are allowed to Scott H. Kessler, CPA, as accountant to the Trustee, for the period June 6, 2017 through April 3, 2019.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

DATED: May 14, 2019