UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| CRAIG B. ROSEN | : |
| | : |
| DEBTOR | : BKY. NO. 15-10435-mdc |

## **O R D E R**

AND NOW, upon consideration of the Motion of Trustee for Authority to Make an Interim Distribution to Creditors ("Motion") and after hearing held, it is hereby

ORDERED that the Motion is APPROVED only as to the payment of the Trustee's commission in the amount of $24,893.49.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

DATED:

96082089.v1