Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 15-10435 MDC
**Case Name:** ROSEN, CRAIG B
**Period Ending:** 07/09/19

**Trustee:** (580730)    TERRY P. DERSHAW, TRUSTEE
**Filed (f) or Converted (c):** 01/21/15 (f)
**§341(a) Meeting Date:** 02/18/15
**Claims Bar Date:** 06/01/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1420 Centennial, Narberth, PA 19072<br>Imported from original petition Doc# 12  (See Footnote) | 1,625,000.00 | 0.00 | | 0.00 | FA |
| 2 | TD Bank Account xxxxxx5231<br>Imported from Amended Doc#: 17  (See Footnote) | 646.00 | 0.00 | | 0.00 | FA |
| 3 | Hot Box Media Account # xxxxxx4910<br>Imported from Amended Doc#: 17  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 4 | PNC Bank Account xxxxxx7627  (u)<br>Imported from Amended Doc#: 17  (See Footnote) | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Assorted household furniture, computers, video a<br>Imported from Amended Doc#: 17  (See Footnote) | 30,000.00 | 0.00 | | 0.00 | FA |
| 6 | Assorted artwork ($12000) and antiques<br>Imported from Amended Doc#: 17  (See Footnote) | 15,000.00 | 0.00 | | 0.00 | FA |
| 7 | Assorted used clothing<br>Imported from Amended Doc#: 17  (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry (watch, cufflinks and wedding band)<br>Imported from Amended Doc#: 17  (See Footnote) | 600.00 | 0.00 | | 0.00 | FA |
| 9 | Sports memorabilia<br>Imported from Amended Doc#: 17  (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | AXA Insurance Term Life Policy - No cash value<br>Imported from Amended Doc#: 17  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number:  15-10435 MDC
Case Name:  ROSEN, CRAIG B

Period Ending:  07/09/19

Trustee:  (580730)    TERRY P. DERSHAW, TRUSTEE
Filed (f) or Converted (c): 01/21/15 (f)
§341(a) Meeting Date:  02/18/15
Claims Bar Date:  06/01/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | Allianz Annuity<br>Imported from Amended Doc#: 17  (See Footnote) | 19,459.00 | 0.00 | | 0.00 | FA |
| 12 | Hot Box Media Fidelity & Guaranty Life PSP<br>Imported from Amended Doc#: 17  (See Footnote) | 13,943.00 | 0.00 | | 0.00 | FA |
| 13 | Allianz Qualified 401 Plan<br>Imported from Amended Doc#: 17  (See Footnote) | 91,504.00 | 0.00 | | 0.00 | FA |
| 14 | Hot Box Media, Inc.<br>Imported from Amended Doc#: 17  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Narberth Payroll Co.<br>Imported from Amended Doc#: 17  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | LBBJ Medical Management, Inc.<br>Imported from Amended Doc#: 17 | 0.00 | 100,000.00 | | 0.00 | FA |
| 17 | LBBJ Medical, Inc.<br>Imported from Amended Doc#: 17 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Cubitrol Management Services, Inc.<br>Imported from Amended Doc#: 17  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Cubitrol Leasing, Inc.<br>Imported from Amended Doc#: 17  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 20 | JBBL Management Inc.<br>Imported from Amended Doc#: 17  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |

Printed: 07/09/2019 02:25 PM      V.14.50

Page: 3

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10435 MDC
**Case Name:** ROSEN, CRAIG B
**Period Ending:** 07/09/19

**Trustee:** (580730)    TERRY P. DERSHAW, TRUSTEE
**Filed (f) or Converted (c):** 01/21/15 (f)
**§341(a) Meeting Date:** 02/18/15
**Claims Bar Date:** 06/01/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | Personal Injury Claim - Rosen et al v. Matthew T<br>Imported from Amended Doc#: 17 | Unknown | 10,000.00 | | 10,000.00 | FA |
| 22 | Insurance refund - Progressive Insurance (u)<br>Imported from Amended Doc#: 17  (See Footnote) | 273.00 | 273.00 | | 0.00 | FA |
| 23 | Mercedes Benz E350<br>Imported from Amended Doc#: 17  (See Footnote) | 18,376.00 | 0.00 | | 0.00 | FA |
| 24 | 2007 Mercedes G500<br>Imported from Amended Doc#: 17  (See Footnote) | 45,000.00 | 0.00 | | 0.00 | FA |
| 25 | ADVERSARY 15-526 DERSHAW V ROSEN ET AL (u)<br>INCLUDES DAMAGES PURSUANT TO ORDER #89<br>(See Footnote) | 1,000,000.00 | 1,000,000.00 | | 381,250.00 | 300,000.00 |
| 26 | ADVERSARY 15-327  DERSHAW V ROSEN (u)  (See Footnote) | 1,000,000.00 | 1,000,000.00 | | 0.00 | FA |
| 27 | ADVERSARY 16-199  DERSHAW V WEINERMAN (u)<br>INCLUDES DAMAGES PURSUANT TO ORDER #89<br>(See Footnote) | 1,000,000.00 | 1,000,000.00 | | 381,250.00 | 300,000.00 |
| 27 | **Assets    Totals (Excluding unknown values)** | **$4,861,851.00** | **$3,110,273.00** | | **$772,500.00** | **$600,000.00** |

RE PROP# 1    DETERMINED TO BE NO VALUE TO ESTATE
RE PROP# 2    DETERMINED TO BE NO VALUE TO ESTATE
RE PROP# 3    DETERMINED TO BE NO VALUE TO ESTATE

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 15-10435 MDC | Trustee: (580730) | TERRY P. DERSHAW, TRUSTEE |
| Case Name: | ROSEN, CRAIG B | Filed (f) or Converted (c): 01/21/15 (f) | |
| | | $341(a) Meeting Date: | 02/18/15 |
| Period Ending: | 07/09/19 | Claims Bar Date: | 06/01/15 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| RE PROP# 4 | PER AMENDED SCHED C (#17) | | | | | |
| RE PROP# 5 | DETERMINED TO BE NO VALUE TO ESTATE | | | | | |
| RE PROP# 6 | PER AMENDED SCHED C (#17) | | | | | |
| RE PROP# 7 | PER AMENDED SCH C (#17) | | | | | |
| RE PROP# 8 | DETERMINED TO BE NO VALUE TO ESTATE | | | | | |
| RE PROP# 9 | DETERMINED TO BE NO VALUE TO ESTATE | | | | | |
| RE PROP# 10 | DETERMINED TO BE NO VALUE TO ESTATE | | | | | |
| RE PROP# 11 | DETERMINED TO BE NO VALUE TO ESTATE | | | | | |
| RE PROP# 12 | DETERMINED TO BE NO VALUE TO ESTATE | | | | | |
| RE PROP# 13 | DETERMINED TO BE NO VALUE TO ESTATE | | | | | |
| RE PROP# 14 | DETERMINED TO BE NO VALUE TO ESTATE | | | | | |
| RE PROP# 15 | DETERMINED TO BE NO VALUE TO ESTATE | | | | | |
| RE PROP# 18 | DETERMINED TO BE NO VALUE TO ESTATE | | | | | |
| RE PROP# 19 | DETERMINED TO BE NO VALUE TO ESTATE | | | | | |
| RE PROP# 20 | DETERMINED TO BE NO VALUE TO ESTATE | | | | | |
| RE PROP# 22 | DETERMINED TO BE NO VALUE TO ESTATE | | | | | |
| RE PROP# 23 | DETERMINED TO BE NO VALUE TO ESTATE | | | | | |
| RE PROP# 24 | DETERMINED TO BE NO VALUE TO ESTATE | | | | | |
| RE PROP# 25 | Settled in conjuction with Adv. #16-199 and Adv. #15-327 pursuant to Order [#296]. See Asset ##26-27. | | | | | |
| RE PROP# 26 | OBJECTION TO DISCHARGE; Complaint dismissed and closed. Settled in conjuction with Adv. #15-526 and Adv. #16-199 pursuant to Order [#296]. See Asset ##25 & 27. | | | | | |
| RE PROP# 27 | Settled in conjuction with Adv. #15-526 and Adv. #15-327 pursuant to Order [#296]. See Asset | | | | | |

Page: 5

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 15-10435 MDC | Trustee: | (580730) | TERRY P. DERSHAW, TRUSTEE |
| Case Name: | ROSEN, CRAIG B | Filed (f) or Converted (c): | 01/21/15 (f) | |
| | | $341(a) Meeting Date: | 02/18/15 | |
| Period Ending: | 07/09/19 | Claims Bar Date: | 06/01/15 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Ref. #

##25-26.

**Major Activities Affecting Case Closing:**

3/15/19      ORDER AND OPINION RE ADV #15-526 ISSUED - MOTION FOR ATTORNEY FEES TO BE SUBMITTED PER ORDER

2/18/19      2018 TAX RETURN EXECUTED AND SUBMITTED

12/28/18      PER SPECIAL COUNSEL - DEBTOR SCHEDULED TO BE RELEASED APRIL 2019 AT WHICH TIME PAYMENTS MAY RESUME

12/20/18 -   PAYMENTS CEASED AFTER DEBTOR INCARCERATED - MOTION PENDING TO ENFORCE AGAINST OTHER PARTIES

5/2/18       DEBTOR INCARCERATED FOR TAX RELATED CONVICTION - CONTINUED PAYMENTS PROBLEMATIC

12/29/17 -   FILE REVIEWED - PAYMENTS BEING MADE PURSUANT TO ORDER

6/30/17  -   FILED REVIEWED - PAYMENTS STARTED PURSUANT TO ORDER

10/25/16 -   MEETING WITH COUNSEL TO REVIEW REMAINING ISSUES

01/22/16 -   CONFERENCE CALL WITH CUKER/VENTI RE: OUTSTANDING ISSUES, POTENTIAL LITIGATION.  DETERMINATION MADE TO AWAIT HEARING ON MOTION TO QUASH PRIOR TO COMMENCING NEW ADVERSARY

12/09/15 - ADVERSARIES RECENTLY FILED AGAINST VARIOUS PARTIES BY SPECIAL COUNSEL.  DISCOVERY PENDING.  UST MOTION TO DISMISS

Printed: 07/09/2019 02:25 PM        V.14.50

Page: 6

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 15-10435 MDC
**Case Name:** ROSEN, CRAIG B
**Period Ending:** 07/09/19

**Trustee:** (580730)          TERRY P. DERSHAW, TRUSTEE
**Filed (f) or Converted (c):** 01/21/15 (f)
**$341(a) Meeting Date:** 02/18/15
**Claims Bar Date:** 06/01/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|

PENDING.

11/20/15 - ADV. VS. DEBTOR AND WIFE FILED 15-526.

5/15/15 -   ORDER GRANTING 2004 EXAM ENTERED

Initial Projected Date Of Final Report (TFR):   December 31, 2018

Current Projected Date Of Final Report (TFR):   December 31, 2019

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 15-10435 MDC |
| Case Name: | ROSEN, CRAIG B |
| Taxpayer ID #: | **-***1045 |
| Period Ending: | 07/09/19 |

| Trustee: | TERRY P. DERSHAW, TRUSTEE (580730) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******7766 - Checking Account |
| Blanket Bond: | $17,614,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/14/16 | {21} | PROGRESSIVE | PROCEEDS FROM PI SETTLEMENT PURSUANT TO SETTLEMENT | 1142-000 | 10,000.00 | | 10,000.00 |
| 03/17/16 | {21} | PROGRESSIVE | Reversed Deposit 100001 1 PROCEEDS FROM PI SETTLEMENT PURSUANT TO SETTLEMENT | 1142-000 | -10,000.00 | | 0.00 |
| 04/05/16 | {21} | PROGRESSIVE | REPLACEMENT CHECK FOR CHECK PREVIOUSLY RETURNED DUE TO ENDORSEMENT - PROCEEDS FROM PI SETTLEMENT PURSUANT TO SETTLEMENT | 1142-000 | 10,000.00 | | 10,000.00 |
| 04/26/16 | 101 | KELLY & HERRON, P.C. | COMPENSATION AND EXPENSES PURSUANT TO ORDER DATED 4/12/16 [#225] | | | 5,954.66 | 4,045.34 |
| | | | COMPENSATION 4,000.00 PURSUANT TO ORDER DATED 4/12/16 [#225] | 3210-000 | | | 4,045.34 |
| | | | EXPENSES PURSUANT 1,954.66 TO ORDER DATED 4/12/16 [#225] | 3220-000 | | | 4,045.34 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.47 | 4,033.87 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,023.87 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,013.87 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,003.87 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,993.87 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,983.87 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,973.87 |

Subtotals :     $10,000.00     $6,026.13

{} Asset reference(s)

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 15-10435 MDC |
| Case Name: | ROSEN, CRAIG B |
| Taxpayer ID #: | **-***1045 |
| Period Ending: | 07/09/19 |

| Trustee: | TERRY P. DERSHAW, TRUSTEE (580730) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******7766 - Checking Account |
| Blanket Bond: | $17,614,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,963.87 |
| 12/16/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/08/2016 FOR CASE #15-10435, CH 7 BLANKET BOND, BLANKET BOND # 016026390, PA- EASTERN DISTRICT Voided on 12/16/16 | 2300-000 | | 1.19 | 3,962.68 |
| 12/16/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/08/2016 FOR CASE #15-10435, CH 7 BLANKET BOND, BLANKET BOND # 016026390, PA- EASTERN DISTRICT Voided: check issued on 12/16/16 | 2300-000 | | -1.19 | 3,963.87 |
| 12/16/16 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/08/2016 FOR CASE #15-10435, CH 7 BLANKET BOND; # 016026390; PA- EASTERN DISTRICT | 2300-000 | | 1.16 | 3,962.71 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,952.71 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,942.71 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,932.71 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,922.71 |
| 04/14/17 | | SMITH KANE LLC | Acct #151053501; Payment #0; PAYMENT PURSUANT TO ORDER DATED 3/2/17 [#296]~ | | 400,000.00 | | 403,922.71 |
| | {25} | | Acct #151053501;        200,000.00 Payment #0; PAYMENT | 1241-000 | | | 403,922.71 |

| | | | Subtotals : | | $400,000.00 | $51.16 | |

{} Asset reference(s)

Printed: 07/09/2019 02:25 PM        V.14.50

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 15-10435 MDC |
| Case Name: | ROSEN, CRAIG B |
| Taxpayer ID #: | **-***1045 |
| Period Ending: | 07/09/19 |

| Trustee: | TERRY P. DERSHAW, TRUSTEE (580730) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******7766 - Checking Account |
| Blanket Bond: | $17,614,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | PURSUANT TO ORDER DATED 3/22/17 {#296}~ | | | | |
| | {27} | | Acct #151053500.1; Payment #0; PAYMENT PURSUANT TO ORDER DATED 3/22/17 {#296}~ | 1241-000 | | 200,000.00 | 403,922.71 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 273.75 | 403,648.96 |
| 05/13/17 | 105 | WILLIAMS CUKER BEREZOFSKY | EXPENSES PURSUANT TO ORDER DATED 4/26/17 {#306} | 3220-000 | | 15,688.50 | 387,960.46 |
| 05/15/17 | 104 | WILLIAMS CUKER BEREZOFSKY | COMPENSATION PURSUANT TO ORDER DATED 4/26/17 {#306} | 3210-000 | | 160,000.00 | 227,960.46 |
| 05/19/17 | | WEINERMAN PAIN & WELLNESS LLC | Acct #151053500.1; Payment #1; PURSUANT TO COURT ORDER | | 25,000.00 | | 252,960.46 |
| | {25} | | Acct #151053500.1; Payment #1; PURSUANT TO COURT ORDER | 1241-000 | 12,500.00 | | 252,960.46 |
| | {27} | | Acct #151053500.1; Payment #1; PURSUANT TO COURT ORDER | 1241-000 | 12,500.00 | | 252,960.46 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 543.52 | 252,416.94 |
| 06/06/17 | 106 | WILLIAMS CUKER BEREZOFSKY | COMPENSATION PURSUANT TO ORDER DATED 4/26/17 {#306} | 3210-000 | | 10,000.00 | 242,416.94 |
| 06/19/17 | | WEINERMAN PAIN & WELLNESS LLC | Acct #151053500.1; Payment #2; PURSUANT TO COURT ORDER | | 25,000.00 | | 267,416.94 |

| | | | Subtotals : | | $50,000.00 | $186,505.77 | |

{} Asset reference(s)

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 15-10435 MDC | Trustee: | TERRY P. DERSHAW, TRUSTEE (580730) |
| Case Name: | ROSEN, CRAIG B | Bank Name: | Rabobank, N.A. |
| | | Account: | ******7766 - Checking Account |
| Taxpayer ID #: | **-***1045 | Blanket Bond: | $17,614,000.00  (per case limit) |
| Period Ending: | 07/09/19 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {25} | | Acct #1510535001; | 12,500.00 | 1241-000 | | | 267,416.94 |
| | | | Payment #2; | | | | | |
| | | | PURSUANT TO COURT | | | | | |
| | | | ORDER | | | | | |
| | {27} | | Acct #1510535001; | 12,500.00 | 1241-000 | | | 267,416.94 |
| | | | Payment #2; | | | | | |
| | | | PURSUANT TO COURT | | | | | |
| | | | ORDER | | | | | |
| 06/23/17 | 107 | WILLIAMS CUKER BEREZOFSKY | COMPENSATION PURSUANT TO ORDER DATED 4/26/17 [#306] | | 3210-000 | | 10,000.00 | 257,416.94 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 368.09 | 257,048.85 |
| 07/27/17 | | WEINERMAN PAIN & WELLNESS LLC | PURSUANT TO COURT ORDER - check dated 7/13/17 but mailed 7/19/17 and received upon return from vacation | | | 25,000.00 | | 282,048.85 |
| | {25} | | Acct #1510535001; | 12,500.00 | 1241-000 | | | 282,048.85 |
| | | | Payment #3 | | | | | |
| | {27} | | Acct #1510535001; | 12,500.00 | 1241-000 | | | 282,048.85 |
| | | | Payment #3 | | | | | |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 359.79 | 281,689.06 |
| 08/08/17 | 108 | WILLIAMS CUKER BEREZOFSKY | COMPENSATION PURSUANT TO ORDER DATED 4/26/17 [#306] | | 3210-000 | | 10,000.00 | 271,689.06 |
| 08/24/17 | | WEINERMAN PAIN & WELLNESS LLC | PURSUANT TO COURT ORDER | | | 25,000.00 | | 296,689.06 |
| | {25} | | Acct #1510535001; | 12,500.00 | 1241-000 | | | 296,689.06 |
| | | | Payment #4 | | | | | |

Subtotals :                    $50,000.00                    $20,727.88

{} Asset reference(s)                    Printed: 07/09/2019 02:25 PM    V.14.50

Page: 5

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 15-10435 MDC |
|---|---|
| Case Name: | ROSEN, CRAIG B |
| Taxpayer ID #: | **-***1045 |
| Period Ending: | 07/09/19 |

| Trustee: | TERRY P. DERSHAW, TRUSTEE (580730) |
|---|---|
| Bank Name: | Rabobank, N.A. |
| Account: | *****7766 - Checking Account |
| Blanket Bond: | $17,614,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | {27} | | Acct #1510535001;      12,500.00 Payment #4 | 1241-000 | | | 296,689.06 |
| 08/28/17 | 109 | WILLIAMS CUKER BEREZOFSKY | COMPENSATION PURSUANT TO ORDER DATED 4/26/17 {#306} | 3210-000 | | 10,000.00 | 286,689.06 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 444.04 | 286,245.02 |
| 09/18/17 | | WEINERMAN PAIN & WELLNESS LLC | Acct #1510535001; Payment #5; PURSUANT TO COURT ORDER | | 25,000.00 | | 311,245.02 |
| | {25} | | Acct #1510535001;      12,500.00 Payment #5; PURSUANT TO COURT ORDER | 1241-000 | | | 311,245.02 |
| | {27} | | Acct #1510535001;      12,500.00 Payment #5; PURSUANT TO COURT ORDER | 1241-000 | | | 311,245.02 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 414.53 | 310,830.49 |
| 10/02/17 | 110 | WILLIAMS CUKER BEREZOFSKY | COMPENSATION PURSUANT TO ORDER DATED 4/26/17 {#306} | 3210-000 | | 10,000.00 | 300,830.49 |
| 10/23/17 | | WEINERMAN PAIN & WELLNESS LLC | Acct #1510535001; Payment #6; PURSUANT TO COURT ORDER | | 25,000.00 | | 325,830.49 |
| | {25} | | Acct #1510535001;      12,500.00 Payment #6; PURSUANT TO COURT ORDER | 1241-000 | | | 325,830.49 |
| | {27} | | Acct #1510535001;      12,500.00 Payment #6; | 1241-000 | | | 325,830.49 |
| | | | Subtotals : | | $50,000.00 | $20,858.57 | |

{} Asset reference(s)

Printed: 07/09/2019 02:25 PM   V.14.50

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 6

| Case Number: | 15-10435 MDC | Trustee: | TERRY P. DERSHAW, TRUSTEE (580730) |
| Case Name: | ROSEN, CRAIG B | Bank Name: | Rabobank, N.A. |
| | | Account: | ******7766 - Checking Account |
| Taxpayer ID #: | **-****1045 | Blanket Bond: | $17,614,000.00  (per case limit) |
| Period Ending: | 07/09/19 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | PURSUANT TO COURT ORDER | | | | |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 474.01 | 325,356.48 |
| 11/01/17 | 111 | WILLIAMS CUKER BEREZOFSKY | COMPENSATION PURSUANT TO ORDER DATED 4/26/17 [#306] | 3210-000 | | 10,000.00 | 315,356.48 |
| 11/13/17 | | WEINERMAN PAIN & WELLNESS LLC | Acct #1510535001; Payment #7; PURSUANT TO COURT ORDER | | 25,000.00 | | 340,356.48 |
| | {25} | | Acct #1510535001;                    12,500.00 Payment #7; PURSUANT TO COURT ORDER | 1241-000 | | | 340,356.48 |
| | {27} | | Acct #1510535001;                    12,500.00 Payment #7; PURSUANT TO COURT ORDER | 1241-000 | | | 340,356.48 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 477.32 | 339,879.16 |
| 12/15/17 | | WEINERMAN PAIN & WELLNESS LLC | Acct #1510535001; Payment #8; PURSUANT TO COURT ORDER - check dated 9/22/17 but mailed 12/12/17 and received upon return from vacation | | 25,000.00 | | 364,879.16 |
| | {25} | | Acct #1510535001;                    12,500.00 Payment #8; PURSUANT TO COURT ORDER - check dated 9/22/17 but mailed 12/12/17 and received | 1241-000 | | | 364,879.16 |
| | | | Subtotals : | | $50,000.00 | $10,951.33 | |

{} Asset reference(s)

Printed: 07/09/2019 02:25 PM      V.14.50

Page: 7

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 15-10435 MDC |
|---|---|
| Case Name: | ROSEN, CRAIG B |
| Taxpayer ID #: | **-***-1045 |
| Period Ending: | 07/09/19 |

| Trustee: | TERRY P. DERSHAW, TRUSTEE (580730) |
|---|---|
| Bank Name: | Rabobank, N.A. |
| Account: | *****7766 - Checking Account |
| Blanket Bond: | $17,614,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #}/<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | upon return from vacation | | | | |
| | {27} | | Acct #1510535001;<br>Payment #8;<br>PURSUANT TO COURT<br>ORDER - check dated<br>9/22/17 but mailed<br>12/12/17 and received<br>upon return from<br>vacation | 12,500.00 | 1241-000 | | | 364,879.16 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 489.35 | 364,389.81 |
| 01/05/18 | 112 | WILLIAMS CUKER BEREZOFSKY | COMPENSATION PURSUANT TO ORDER DATED 4/26/17 (#306) | 3210-000 | | 10,000.00 | 354,389.81 |
| 01/08/18 | | WEINERMAN PAIN & WELLNESS LLC | Acct #1510535001; Payment #9; PURSUANT TO COURT ORDER - check dated 12/14/17 but mailed 1/5/18 and received upon return from vacation | | 25,000.00 | | 379,389.81 |
| | {25} | | Acct #1510535001;<br>Payment #9;<br>PURSUANT TO COURT<br>ORDER - check dated<br>12/14/17 but mailed<br>1/5/18 and received<br>upon return from<br>vacation | 12,500.00 | 1241-000 | | | 379,389.81 |
| | {27} | | Acct #1510535001; | 12,500.00 | 1241-000 | | | 379,389.81 |
| | | | Subtotals : | | $25,000.00 | $10,489.35 | |

{} Asset reference(s)

Printed: 07/09/2019 02:25 PM    V.14.50

Page: 8

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 15-10435 MDC |
|---|---|
| Case Name: | ROSEN, CRAIG B |
| Taxpayer ID #: | **-***1045 |
| Period Ending: | 07/09/19 |

| Trustee: | TERRY P. DERSHAW, TRUSTEE (580730) |
|---|---|
| Bank Name: | Rabobank, N.A. |
| Account: | ******7766 - Checking Account |
| Blanket Bond: | $17,614,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Payment #9; PURSUANT TO COURT ORDER – check dated 12/14/17 but mailed 1/5/18 and received upon return from vacation | | | | |
| 01/12/18 | 113 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2017 FOR CASE #15-10435 | 2300-000 | | 202.73 | 379,187.08 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 593.94 | 378,593.14 |
| 02/11/18 | 114 | WILLIAMS CUKER BEREZOFSKY | COMPENSATION PURSUANT TO ORDER DATED 4/26/17 [#306] | 3210-000 | | 10,000.00 | 368,593.14 |
| 02/14/18 | | WEINERMAN PAIN & WELLNESS LLC | Acct #1510535001; Payment #10; PURSUANT TO COURT ORDER – check dated 1/5/18 but mailed 2/12/18 and received upon return from vacation | 1241-000 | 25,000.00 | | 393,593.14 |
| | {25} | | Acct #1510535001;                                    12,500.00 | | | | 393,593.14 |
| | | | Payment #10; PURSUANT TO COURT ORDER – check dated 1/5/18 but mailed 2/12/18 and received upon return from vacation | | | | |
| | {27} | | Acct #1510535001;                                    12,500.00 | 1241-000 | | | 393,593.14 |

Subtotals :                     $25,000.00                     $10,796.67

{} Asset reference(s)

Printed: 07/09/2019 02:25 PM    V.14.50

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 15-10435 MDC |
|---|---|
| Case Name: | ROSEN, CRAIG B |
| Taxpayer ID #: | **-****1045 |
| Period Ending: | 07/09/19 |

| Trustee: | TERRY P. DERSHAW, TRUSTEE (580730) |
|---|---|
| Bank Name: | Rabobank, N.A. |
| Account: | *****7766 - Checking Account |
| Blanket Bond: | $17,614,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Payment #10; PURSUANT TO COURT ORDER - check dated 1/5/18 but mailed 2/12/18 and received upon return from vacation | | | | |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 517.59 | 393,075.55 |
| 03/12/18 | 115 | WILLIAMS CUKER BEREZOFSKY | COMPENSATION PURSUANT TO ORDER DATED 4/26/17 [#306] | 3210-000 | | 10,000.00 | 383,075.55 |
| 03/16/18 | | CRAIG ROSEN | Acct #151053S001; Payment #11; PURSUANT TO COURT ORDER | | 25,000.00 | | 408,075.55 |
| | {25} | | Acct #151053S001;   12,500.00 Payment #11; PURSUANT TO COURT ORDER | 1241-000 | | | 408,075.55 |
| | {27} | | Acct #151053S001;   12,500.00 Payment #11; PURSUANT TO COURT ORDER | 1241-000 | | | 408,075.55 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 582.16 | 407,493.39 |
| 04/16/18 | | CRAIG ROSEN | Acct #151053S001; Payment #12; PURSUANT TO COURT ORDER | | 25,000.00 | | 432,493.39 |
| | {25} | | Acct #151053S001;   12,500.00 Payment #12; PURSUANT TO COURT | 1241-000 | | | 432,493.39 |

Subtotals :   $50,000.00   $11,099.75

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 15-10435 MDC | Trustee: | TERRY P. DERSHAW, TRUSTEE (580730) |
|---|---|---|---|
| Case Name: | ROSEN, CRAIG B | Bank Name: | Rabobank, N.A. |
| | | Account: | *****7766 - Checking Account |
| Taxpayer ID #: | **-***1045 | Blanket Bond: | $17,614,000.00 (per case limit) |
| Period Ending: | 07/09/19 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | {27} | | ORDER<br>Acct #151053S001;  12,500.00<br>Payment #12;<br>PURSUANT TO COURT<br>ORDER | 1241-000 | | | 432,493.39 |
| 04/17/18 | 116 | WILLIAMS CUKER BEREZOFSKY | COMPENSATION PURSUANT TO ORDER<br>DATED 4/26/17 (#306) | 3210-000 | | 10,000.00 | 422,493.39 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 579.04 | 421,914.35 |
| 05/02/18 | 117 | WILLIAMS CUKER BEREZOFSKY | COMPENSATION PURSUANT TO ORDER<br>DATED 4/26/17 (#306) | 3210-000 | | 10,000.00 | 411,914.35 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 656.09 | 411,258.26 |
| 06/18/18 | | DAVID BURMAN | Acct #151053S001; Payment #13, 14;<br>PURSUANT TO DEFAULT TERMS OF<br>PREVIOUSLY APPROVED SETTLEMENT | | 44,000.00 | | 455,258.26 |
| | {25} | | Acct #151053S001;  12,500.00<br>Payment #13;<br>PURUSANT TO<br>DEFAULT TERMS OF<br>PREVIOUSLY<br>APPROVED<br>SETTLEMENT | 1241-000 | | | 455,258.26 |
| | {25} | | Acct #151053S001;  9,500.00<br>Payment #14;<br>PURSUANT TO<br>DEFAULT TERMS OF<br>PREVIOUSLY | 1241-000 | | | 455,258.26 |

Subtotals :   $44,000.00   $21,235.13

{} Asset reference(s)

Printed: 07/09/2019 02:25 PM   V.14.50

# Form 2

## Cash Receipts And Disbursements Record

Page: 11

| Case Number: | 15-10435 MDC |
| Case Name: | ROSEN, CRAIG B |
| Taxpayer ID #: | **-***1045 |
| Period Ending: | 07/09/19 |

| Trustee: | TERRY P. DERSHAW, TRUSTEE (580730) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******7766 - Checking Account |
| Blanket Bond: | $17,614,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | APPROVED SETTLEMENT | | | | | |
| | {27} | | Acct #1510535001; Payment #13; PURUSANT TO DEFAULT TERMS OF PREVIOUSLY APPROVED SETTLEMENT | 12,500.00 | 1241-000 | | | 455,258.26 |
| | {27} | | Acct #1510535001; Payment #14; PURUSANT TO DEFAULT TERMS OF PREVIOUSLY APPROVED SETTLEMENT | 9,500.00 | 1241-000 | | | 455,258.26 |
| 06/28/18 | | JONATHAN NAGIN | Acct #151053500l; Payment #14; PAYMENT ON BEHALF OF BLAIR PURSUANT TO DEFAULT PROVISIONS OF PREVIOUS ORDER | | | 6,000.00 | | 461,258.26 |
| | {25} | | Acct #151053500l; Payment #14; PAYMENT ON BEHALF OF BLAIR PURSUANT TO DEFAULT PROVISIONS OF PREVIOUS ORDER | 3,000.00 | 1241-000 | | | 461,258.26 |

Subtotals :                $6,000.00                $0.00

{} Asset reference(s)                Printed: 07/09/2019 02:25 PM   V.14.50

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 15-10435 MDC | | Trustee: | TERRY P. DERSHAW, TRUSTEE (580730) |
| Case Name: | ROSEN, CRAIG B | | Bank Name: | Rabobank, N.A. |
| | | | Account: | *****7766 - Checking Account |
| Taxpayer ID #: | **-***1045 | | Blanket Bond: | $17,614,000.00 (per case limit) |
| Period Ending: | 07/09/19 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 (Ref #)/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/18 | {27} | | Acct #151053500:1; Payment #14; PAYMENT ON BEHALF OF BLAIR PURSUANT TO DEFAULT PROVISIONS OF PREVIOUS ORDER   3,000.00 | 1241-000 | | | 461,258.26 |
| | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 595.02 | 460,663.24 |
| 07/26/18 | 118 | CUKER LAW FIRM LLC | PURSUANT TO ORDER DATED 7/9/18 [315] | 3210-000 | | 20,000.00 | 440,663.24 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 706.76 | 439,956.48 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 659.66 | 439,296.82 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 336.99 | 438,959.83 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 396.86 | 438,562.97 |
| 11/05/18 | | SCOTT F. WATERMAN - IOLTA ACCCT. | Acct #151053500:1; Payment #15; PURSUANT TO ORDER DATED 10/31/18 - [#156] | 1241-000 | 12,500.00 | | 451,062.97 |
| | {25} | | Acct #151053500:1; Payment #15; PURSUANT TO ORDER DATED 10/31/18 - [#156]   6,250.00 | 1241-000 | | | 451,062.97 |
| | {27} | | Acct #151053500:1; Payment #15; PURSUANT TO ORDER DATED 10/31/18 - [#156]   6,250.00 | 1241-000 | | | 451,062.97 |
| 11/16/18 | 119 | CUKER LAW FIRM LLC | EXPENSES PURSUANT TO ORDER DATE 10/31/18 - [156 - ADV 16-199] | 3210-000 | | 604.94 | 450,458.03 |
| 11/16/18 | 120 | CUKER LAW FIRM LLC | COMPENSATION PURSUANT TO ORDER | 3220-000 | | 5,000.00 | 445,458.03 |

Subtotals :     $12,500.00     $28,300.23

{} Asset reference(s)

Printed: 07/09/2019 02:25 PM     V.14.50

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-10435 MDC
**Case Name:** ROSEN, CRAIG B

**Taxpayer ID #:** **-***1045
**Period Ending:** 07/09/19

**Trustee:** TERRY P. DERSHAW, TRUSTEE (580730)
**Bank Name:** Rabobank, N.A.
**Account:** ******7766 - Checking Account
**Blanket Bond:** $17,614,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | DATED 10/31/18 [156 - ADV 16-199] | | | | |
| 01/08/19 | 121 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2019 FOR CASE #15-10435 | 2300-000 | | 255.54 | 445,202.49 |
| 01/18/19 | 122 | FOX ROTHSCHILD LLP | COMPENSATION AND EXPENSES PURSUANT TO ORDER DAATED 1/3/19 (#325) | | | 101,572.37 | 343,630.12 |
| | | | EXPENSES PURSUANT TO ORDER DATED 1/3/19 - (#325)   253.37 | 3220-000 | | | 343,630.12 |
| | | | COMPENSATION PURSUANT TO ORDER DATED 1/3/19 - (#325)   101,319.00 | 3210-000 | | | 343,630.12 |
| 06/05/19 | | Transition Transfer Debit | | 9999-000 | | 343,630.12 | 0.00 |

|  | | |
|---|---|---|
| ACCOUNT TOTALS | 772,500.00 | 772,500.00 |
| Less: Bank Transfers | 0.00 | 343,630.12 |
| Subtotal | 772,500.00 | 428,869.88 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | **$772,500.00** | **$428,869.88** |

|  |
|---|
| $0.00 |

{} Asset reference(s)

Page: 14

## Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-10435 MDC
**Case Name:** ROSEN, CRAIG B

**Taxpayer ID #:** **-***1045
**Period Ending:** 07/09/19

**Trustee:** TERRY P. DERSHAW, TRUSTEE (580730)
**Bank Name:** United Bank
**Account:** ******0722 - Checking Account
**Blanket Bond:** $17,614,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/19 | | Transfer from 0061 to 0722 | Transfer from 0061 to 0722 | 9999-000 | 343,630.12 | | 343,630.12 |
| 06/07/19 | 10123 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 06/07/2019 FOR CASE<br>#15-10435, BOND PREMIUM PAYMENT | 2300-000 | | 23.62 | 343,606.50 |
| 06/28/19 | 10124 | SCOTT H. KESSLER, C.P.A. | PURSUANT TO ORDER DATED 5/14/19 | 3410-000 | | 7,975.00 | 335,631.50 |
| 06/28/19 | 10125 | SCOTT H. KESSLER, C.P.A. | PURSUANT TO ORDER DATED 5/14/19 | 3420-000 | | 24.51 | 335,606.99 |
| | | | **ACCOUNT TOTALS** | | 343,630.12 | 8,023.13 | **$335,606.99** |
| | | | Less: Bank Transfers | | 343,630.12 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 8,023.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$8,023.13** | |

{} Asset reference(s)

Page: 15

## Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-10435 MDC
**Case Name:** ROSEN, CRAIG B

**Taxpayer ID #:** **-***1045
**Period Ending:** 07/09/19

**Trustee:** TERRY P. DERSHAW, TRUSTEE (580730)
**Bank Name:** United Bank
**Account:** ********0722 - Checking Account
**Blanket Bond:** $17,614,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | T-Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | | | Receipts $ | Disbursements $ | Checking Account Balance |

Net Receipts : 772,500.00
——————————
Net Estate : $772,500.00

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| Checking # ******7766 | 772,500.00 | 428,869.88 | 0.00 |
| Checking # ********0722 | 0.00 | 8,023.13 | 335,606.99 |
| | $772,500.00 | $436,893.01 | $335,606.99 |

{} Asset reference(s)