UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7

CRAIG B. ROSEN

        DEBTOR : BKY. NO. 15-10435-mdc

## ORDER

AND NOW, upon consideration of the Motion of Trustee for Authority to Make an Interim Distribution to Creditors ("Motion") and after hearing held, it is hereby

ORDERED that the Motion is APPROVED only as to the payment of the Trustee's commission in the amount of $24,893.49.

BY THE COURT:

*Magdeline D. Cre*
MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

DATED: 7/17/19

96082089.v1