United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-10435-mdc
Craig B Rosen                                                       Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi          Page 1 of 2          Date Rcvd: Jul 17, 2019
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
db            +Craig B Rosen,   1420 Centennial Road,   Narberth, PA 19072-1209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
          AARON S APPLEBAUM   on behalf of Defendant Blair  Nagin aaron.applebaum@saul.com,
          Catherine.santangelo@saul.com
          AARON S APPLEBAUM   on behalf of Defendant   Blair Rosen aaron.applebaum@saul.com,
          Catherine.santangelo@saul.com
          ANTHONY  ST. JOSEPH   on behalf of Creditor   Internal Revenue Service anthony.stjoseph@usdoj.gov,
          mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
          Christopher  Markos   on behalf of Plaintiff Terry P. Dershaw, Trustee cmarkos@wcblegal.com,
          mcuker@wcblegal.com;pkeys@wcblegal.com
          Christopher  Markos   on behalf of Trustee TERRY P. DERSHAW cmarkos@wcblegal.com,
          mcuker@wcblegal.com;pkeys@wcblegal.com
          Christopher  Markos   on behalf of Plaintiff Terry P. Dershaw cmarkos@wcblegal.com,
          mcuker@wcblegal.com;pkeys@wcblegal.com
          Christopher  Markos   on behalf of Spec. Counsel   Williams Cuker Berezofsky cmarkos@wcblegal.com,
          mcuker@wcblegal.com;pkeys@wcblegal.com
          DAMIEN NICHOLAS TANCREDI   on behalf of Defendant Craig B Rosen
          Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
          DAMIEN NICHOLAS TANCREDI   on behalf of Defendant Deborah  Rosen
          Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
          DAVID B. SMITH   on behalf of Defendant   Weinerman Pain & Wellness dsmith@skhlaw.com,
          b.dr70286@notify.bestcase.com
          DAVID B. SMITH   on behalf of Defendant Brent  Weinerman dsmith@skhlaw.com,
          b.dr70286@notify.bestcase.com
          DIMITRI L. KARAPELOU   on behalf of  Blake  Rosen dkarapelou@karapeloulaw.com,
          dkarapelou@karapeloulaw.com
          EDWARD J. DIDONATO   on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
          brian-oneill-fox-5537@ecf.pacerpro.com
          EDWARD J. DIDONATO   on behalf of Plaintiff Terry P. Dershaw, Trustee edidonato@foxrothschild.com,
          brian-oneill-fox-5537@ecf.pacerpro.com
          EDWARD J. DIDONATO   on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com,
          brian-oneill-fox-5537@ecf.pacerpro.com
          EDWARD J. DIDONATO   on behalf of Attorney   FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
          brian-oneill-fox-5537@ecf.pacerpro.com
          HARRY J. GIACOMETTI   on behalf of Debtor Craig B Rosen harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flas
          tergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Interested Party Deborah  Rosen
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flas
          tergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Defendant Craig B Rosen harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flas
          tergreenberg.com

District/off: 0313-2              User: Randi                Page 2 of 2              Date Rcvd: Jul 17, 2019
                                 Form ID: pdf900            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          JOHN L. LASKEY   on behalf of Creditor   Steward Financial Services jlaskey@stark-stark.com,
          jgould@stark-stark.com
          KATHERINE M. REINHART   on behalf of Creditor   Internal Revenue Service
          katherine.reinhart@usdoj.gov
          KEVIN G. MCDONALD   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
          AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com
          KEVIN P. CALLAHAN   on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
          MARK R. CUKER   on behalf of Plaintiff Terry P. Dershaw mcuker@wcblegal.com,
          shansel@wcblegal.com;pkeys@wcblegal.com
          MARK R. CUKER   on behalf of Plaintiff Terry P. Dershaw, Trustee mcuker@wcblegal.com,
          shansel@wcblegal.com;pkeys@wcblegal.com
          MARY F. KENNEDY   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York
          as Trustee mary@javardianlaw.com, tami@javardianlaw.com
          MARY F. KENNEDY   on behalf of Creditor   THE BANK OF NEW YORK MELLON mary@javardianlaw.com,
          tami@javardianlaw.com
          MICHAEL D. VAGNONI   on behalf of   Deborah   Rosen michael.vagnoni@obermayer.com,
          Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
          anzis@obermayer.com;helen.belair@obermayer.com
          MICHAEL D. VAGNONI   on behalf of Defendant Deborah   Rosen michael.vagnoni@obermayer.com,
          Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
          anzis@obermayer.com;helen.belair@obermayer.com
          MICHAEL G. BUSENKELL, Esq.   on behalf of Defendant Lauren   Burman mbusenkell@gsbblaw.com
          MICHAEL P. DONOHUE   on behalf of Defendant   Weinerman Pain & Wellness mdonohue@smithkanelaw.com,
          donohue01@gmail.com
          MICHAEL P. DONOHUE   on behalf of Defendant Brent   Weinerman mdonohue@smithkanelaw.com,
          donohue01@gmail.com
          MICHAEL P. DONOHUE   on behalf of   Brent   Weinerman mdonohue@smithkanelaw.com,
          donohue01@gmail.com
          PETER E. MELTZER   on behalf of Creditor   FIRSTRUST BANK bankruptcy@wglaw.com,
          ibernatski@wglaw.com
          REBECCA ANN SOLARZ   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
          AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN   on behalf of Defendant Blake   Rosen SWaterman@ReadingCh13.com,
          scottfwaterman@gmail.com
          TERRY P. DERSHAW   td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          VIVECA D. PARKER   on behalf of Creditor   Internal Revenue Service viveca.parker@usdoj.gov,
          genevieve.saylor@usdoj.gov
                                                                                               TOTAL: 39

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : CHAPTER 7
                                    :
CRAIG B. ROSEN                      :
                                    :
            DEBTOR                  : BKY. NO. 15-10435-mdc

## O R D E R

AND NOW, upon consideration of the Motion of Trustee for Authority to Make an

Interim Distribution to Creditors ("Motion") and after hearing held, it is hereby

ORDERED that the Motion is APPROVED only as to the payment of the Trustee's

commission in the amount of $24,893.49.

BY THE COURT:

MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

DATED: 7/17/19

96082089.v1