# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: <br> CRAIG B. ROSEN, <br><br> Debtor. | : <br> : <br> : <br> : <br> : | CHAPTER 7 <br><br> BANKR. NO. 15-10435-mdc |
|---|---|---|
| Terry P. Dershaw, as Chapter 7 Trustee of the Estate of Craig B. Rosen, <br><br> Plaintiff, <br><br> v. <br><br> Craig B. Rosen and Deborah Rosen, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CHAPTER 7 <br><br> ADV. NO. 15-0526-mdc <br><br> Hearing Date: August 21, 2019 @ 10:30 a.m. <br> Courtroom #2 |

## ORDER

AND NOW, upon consideration of the **Combined Motion for Expedited Consideration and Limited Notice of the Motion for Leave to Withdraw Appearance for Deborah Rosen Pursuant to L.B.R. 2091-1 and Rule 1.16 of the Pennsylvania Rules of Professional Conduct (the "Motion")**; and request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on _August 21_, 2019 at _10:30 a.m._, **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 2, Philadelphia, Pennsylvania 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed on or before _August 20_, 2019.

4. The Movant shall serve the Motion, Notice thereof and this Order on (i) the Office of the United States Trustee; (ii) the Debtor's counsel; (iii) the Trustee's counsel; and (iv) all parties who have timely filed requests for notice under Bankruptcy Rule 2002 by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on** _August 1, 2019_.

5. The Movant shall file a Certificate of Service as required by Local Rule 9014-4.

BY THE COURT:

Dated: 8/1/19

*Magdeline D. C―*
Magdeline D. Coleman
Chief United States Bankruptcy Judge

2