**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| CRAIG B. ROSEN, | : | |
| | : | BANKR. NO. 15-10435-mdc |
| Debtor. | : | |
| | : | |

| | | |
|---|---|---|
| | : | |
| Terry P. Dershaw, as Chapter 7 Trustee | : | CHAPTER 7 |
| of the Estate of Craig B. Rosen, | : | |
| | : | ADV. NO. 15-0526-mdc |
| Plaintiff, | : | |
| | : | Hearing Date: August 21, 2019 @ 10:30 a.m. |
| v. | : | Courtroom #2 |
| Craig B. Rosen and Deborah Rosen, | : | |
| Defendants. | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

*Obermayer has filed a Combined Motion for Expedited Consideration, Reduced Time and Limited Notice and Motion to Withdraw as counsel for Defendant Deborah Rosen Pursuant to L.B.R. 2091-1 and Rule 1.16 of the Pennsylvania Rules of Professional Conduct (the "Motion") with the court for an order granting Motion.*

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, you may file written objections or other responsive pleading to the Motion on or before August 20, 2019.**
*(See Instructions on next page).*

3. **A hearing on the Motion** is scheduled to be held on **August 21, 2019 at 10:30 a.m., in Courtroom #2, United States Bankruptcy Court, Robert N.C. Nix, Sir. Federal Building& Post Office, 900 Market Street, 2nd Floor, Philadelphia, PA**. Unless the

1

court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

5. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

6. If you are not required to file electronically, you must file your response at:

    **United States Bankruptcy Court
    Robert N.C. Nix, Sir. Federal Building & Post Office
    900 Market Street, 2nd Floor
    Philadelphia, PA**

7. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

8. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Michael D. Vagnoni, Esquire
    OBERMAYER REBMANN MAXWELL & HIPPEL LLP
    Centre Square West
    1500 Market Street, 34th Floor
    Philadelphia, PA 19102
    Tel: (215) 665-3066
    Fax: (215) 665-3165
    Email: Michael.vagnoni@obermayer.com

    OBERMAYER REBMANN MAXWELL & HIPPEL LLP

Dated: August 1, 2019      By:   */s/ Michael D. Vagnoni*
                                  Michael D. Vagnoni, Esquire
                                  Centre Square West
                                  1500 Market Street, 34th Floor
                                  Philadelphia, PA  19102

4835-3467-6126