# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: <br> CRAIG B. ROSEN, <br><br> Debtor. | : <br> : <br> : <br> : <br> : | CHAPTER 7 <br><br> BANKR. NO. 15-10435-mdc |
| Terry P. Dershaw, as Chapter 7 Trustee of the Estate of Craig B. Rosen, <br><br> Plaintiff, <br><br> v. <br><br> Craig B. Rosen and Deborah Rosen, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CHAPTER 7 <br><br> ADV. NO. 15-0526-mdc <br><br> Hearing Date: August 21, 2019 @ 10:30 a.m. <br> Courtroom #2 |

## **CERTIFICATE OF SERVICE**

I, Michael D. Vagnoni, Esquire, hereby certify that on August 1, 2019, a copy of the foregoing Notice of Motion, Combined Motion for Expedited Consideration, Reduced Time and Limited Notice and Motion to Withdraw as counsel for Defendant Deborah Rosen Pursuant to L.B.R. 2091-1 and Rule 1.16 of the Pennsylvania Rules of Professional Conduct, and Order granting Expedited Consideration were served upon all on the attached service list by e-mail and Court's CM/ECF system.

*/s/ Michael D. Vagnoni*
*Michael D. Vagnoni*, Esquire

**SERVICE LIST**

AARON S APPLEBAUM on behalf of Defendant Blair Rosen
aaron.applebaum@saul.com, Catherine.santangelo@saul.com

AARON S APPLEBAUM on behalf of Defendant Blair Nagin
aaron.applebaum@saul.com, Catherine.santangelo@saul.com

MICHAEL G. BUSENKELL, Esq. on behalf of Defendant Lauren Burman
mbusenkell@gsbblaw.com

KEVIN P. CALLAHAN on behalf of U.S. Trustee United States Trustee
kevin.p.callahan@usdoj.gov

MARK R. CUKER on behalf of Plaintiff Terry P. Dershaw
mcuker@wcblegal.com, shansel@wcblegal.com;pkeys@wcblegal.com

MARK R. CUKER on behalf of Plaintiff Terry P. Dershaw, Trustee
mcuker@wcblegal.com, shansel@wcblegal.com;pkeys@wcblegal.com

TERRY P. DERSHAW
td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com

EDWARD J. DIDONATO on behalf of Attorney FOX ROTHSCHILD LLP
edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com

EDWARD J. DIDONATO on behalf of Plaintiff Terry P. Dershaw
edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com

EDWARD J. DIDONATO on behalf of Plaintiff Terry P. Dershaw, Trustee
edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com

EDWARD J. DIDONATO on behalf of Trustee TERRY P. DERSHAW
edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com

MICHAEL P. DONOHUE on behalf of Brent Weinerman
mdonohue@smithkanelaw.com, donohue01@gmail.com

MICHAEL P. DONOHUE on behalf of Defendant Weinerman Pain & Wellness
mdonohue@smithkanelaw.com, donohue01@gmail.com

MICHAEL P. DONOHUE on behalf of Defendant Brent Weinerman
mdonohue@smithkanelaw.com, donohue01@gmail.com

HARRY J. GIACOMETTI on behalf of Debtor Craig B Rosen
harry.giacometti@flastergreenberg.com,
harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flastergreenberg.com

HARRY J. GIACOMETTI on behalf of Defendant Craig B Rosen
harry.giacometti@flastergreenberg.com,
harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flastergreenberg.com

HARRY J. GIACOMETTI on behalf of Interested Party Deborah Rosen
harry.giacometti@flastergreenberg.com,
harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flastergreenberg.com

DIMITRI L. KARAPELOU on behalf of Blake Rosen
dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com

MARY F. KENNEDY on behalf of Creditor THE BANK OF NEW YORK MELLON
mary@javardianlaw.com, tami@javardianlaw.com

MARY F. KENNEDY on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee
mary@javardianlaw.com, tami@javardianlaw.com

JOHN L. LASKEY on behalf of Creditor Steward Financial Services
jlaskey@stark-stark.com, jgould@stark-stark.com

KEVIN G. MCDONALD on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-25T1)
bkgroup@kmllawgroup.com

PETER E. MELTZER on behalf of Creditor FIRSTRUST BANK
bankruptcy@wglaw.com, ibernatski@wglaw.com

Christopher Markos on behalf of Plaintiff Terry P. Dershaw
cmarkos@wcblegal.com, mcuker@wcblegal.com;pkeys@wcblegal.com

Christopher Markos on behalf of Plaintiff Terry P. Dershaw, Trustee
cmarkos@wcblegal.com, mcuker@wcblegal.com;pkeys@wcblegal.com

Christopher Markos on behalf of Spec. Counsel Williams Cuker Berezofsky
cmarkos@wcblegal.com, mcuker@wcblegal.com;pkeys@wcblegal.com

Christopher Markos on behalf of Trustee TERRY P. DERSHAW
cmarkos@wcblegal.com, mcuker@wcblegal.com;pkeys@wcblegal.com

VIVECA D. PARKER on behalf of Creditor Internal Revenue Service
viveca.parker@usdoj.gov, genevieve.saylor@usdoj.gov

KATHERINE M. REINHART on behalf of Creditor Internal Revenue Service
katherine.reinhart@usdoj.gov

DAVID B. SMITH on behalf of Defendant Weinerman Pain & Wellness
dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH on behalf of Defendant Brent Weinerman
dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

REBECCA ANN SOLARZ on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-25T1)
bkgroup@kmllawgroup.com

ANTHONY ST. JOSEPH on behalf of Creditor Internal Revenue Service
anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

DAMIEN NICHOLAS TANCREDI on behalf of Debtor Craig B Rosen
Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com

DAMIEN NICHOLAS TANCREDI on behalf of Defendant Craig B Rosen
Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com

DAMIEN NICHOLAS TANCREDI on behalf of Defendant Deborah Rosen
Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN on behalf of Defendant Blake Rosen
SWaterman@ReadingCh13.com, scottfwaterman@gmail.com