United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-10435-mdc
Craig B Rosen                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi                Page 1 of 2          Date Rcvd: Aug 01, 2019
                             Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2019.
db          +Craig B Rosen,   1420 Centennial Road,   Narberth, PA 19072-1209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2019 at the address(es) listed below:
          AARON S APPLEBAUM   on behalf of Defendant Blair  Nagin aaron.applebaum@saul.com,
           Catherine.santangelo@saul.com
          AARON S APPLEBAUM   on behalf of Defendant    Blair Rosen aaron.applebaum@saul.com,
           Catherine.santangelo@saul.com
          ANTHONY  ST. JOSEPH    on behalf of Creditor    Internal Revenue Service anthony.stjoseph@usdoj.gov,
           mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
          Christopher  Markos    on behalf of Plaintiff Terry P. Dershaw, Trustee cmarkos@wcblegal.com,
           mcuker@wcblegal.com;pkeys@wcblegal.com
          Christopher  Markos    on behalf of Trustee TERRY P. DERSHAW cmarkos@wcblegal.com,
           mcuker@wcblegal.com;pkeys@wcblegal.com
          Christopher  Markos    on behalf of Plaintiff Terry P. Dershaw cmarkos@wcblegal.com,
           mcuker@wcblegal.com;pkeys@wcblegal.com
          Christopher  Markos    on behalf of Spec. Counsel    Williams Cuker Berezofsky cmarkos@wcblegal.com,
           mcuker@wcblegal.com;pkeys@wcblegal.com
          DAMIEN NICHOLAS TANCREDI    on behalf of Defendant Craig B Rosen
           Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
          DAMIEN NICHOLAS TANCREDI    on behalf of Debtor Craig B Rosen Damien.Tancredi@flastergreenberg.com,
           damien.tancredi@ecf.inforuptcy.com
          DAMIEN NICHOLAS TANCREDI    on behalf of Defendant Deborah  Rosen
           Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
          DAVID B. SMITH    on behalf of Defendant    Weinerman Pain & Wellness dsmith@skhlaw.com,
           b.dr70286@notify.bestcase.com
          DAVID B. SMITH    on behalf of Defendant Brent  Weinerman dsmith@skhlaw.com,
           b.dr70286@notify.bestcase.com
          DIMITRI L. KARAPELOU    on behalf of  Blake  Rosen dkarapelou@karapeloulaw.com,
           dkarapelou@karapeloulaw.com
          EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          EDWARD J. DIDONATO    on behalf of Plaintiff Terry P. Dershaw, Trustee edidonato@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          EDWARD J. DIDONATO    on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          HARRY J. GIACOMETTI    on behalf of Debtor Craig B Rosen harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flas
           tergreenberg.com
          HARRY J. GIACOMETTI    on behalf of Interested Party Deborah  Rosen
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flas
           tergreenberg.com

```
District/off: 0313-2          User: Randi                 Page 2 of 2                   Date Rcvd: Aug 01, 2019
                              Form ID: pdf900             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              HARRY J. GIACOMETTI    on behalf of Defendant Craig B Rosen harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flas
               tergreenberg.com
              JOHN L. LASKEY    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
               jgould@stark-stark.com
              KATHERINE M. REINHART    on behalf of Creditor    Internal Revenue Service
               katherine.reinhart@usdoj.gov
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MARK R. CUKER    on behalf of Plaintiff Terry P. Dershaw mcuker@wcblegal.com,
               shansel@wcblegal.com;pkeys@wcblegal.com
              MARK R. CUKER    on behalf of Plaintiff Terry P. Dershaw, Trustee mcuker@wcblegal.com,
               shansel@wcblegal.com;pkeys@wcblegal.com
              MARY F. KENNEDY    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as Trustee mary@javardianlaw.com, tami@javardianlaw.com
              MARY F. KENNEDY    on behalf of Creditor    THE BANK OF NEW YORK MELLON mary@javardianlaw.com,
               tami@javardianlaw.com
              MICHAEL D. VAGNONI    on behalf of  Deborah  Rosen michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              MICHAEL D. VAGNONI    on behalf of Defendant Deborah  Rosen michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Defendant Lauren  Burman mbusenkell@gsbblaw.com
              MICHAEL P. DONOHUE    on behalf of Defendant    Weinerman Pain & Wellness mdonohue@smithkanelaw.com,
               donohue01@gmail.com
              MICHAEL P. DONOHUE    on behalf of Defendant Brent  Weinerman mdonohue@smithkanelaw.com,
               donohue01@gmail.com
              MICHAEL P. DONOHUE    on behalf of  Brent  Weinerman mdonohue@smithkanelaw.com,
               donohue01@gmail.com
              PETER E. MELTZER    on behalf of Creditor    FIRSTRUST BANK bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of Defendant Blake  Rosen SWaterman@ReadingCh13.com,
               scottfwaterman@gmail.com
              TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VIVECA D. PARKER    on behalf of Creditor    Internal Revenue Service viveca.parker@usdoj.gov,
               genevieve.saylor@usdoj.gov
                                                                                             TOTAL: 40
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> CRAIG B. ROSEN, <br><br> Debtor. | : CHAPTER 7 <br> : <br> : BANKR. NO. 15-10435-mdc <br> : <br> : |
| Terry P. Dershaw, as Chapter 7 Trustee of the Estate of Craig B. Rosen, <br><br> Plaintiff, <br><br> v. <br><br> Craig B. Rosen and Deborah Rosen, <br><br> Defendants. | : <br> : CHAPTER 7 <br> : <br> : ADV. NO. 15-0526-mdc <br> : <br> : Hearing Date: August 21, 2019 @ 10:30 a.m. <br> : Courtroom #2 <br> : <br> : <br> : |

## ORDER

AND NOW, upon consideration of the **Combined Motion for Expedited Consideration and Limited Notice of the Motion for Leave to Withdraw Appearance for Deborah Rosen Pursuant to L.B.R. 2091-1 and Rule 1.16 of the Pennsylvania Rules of Professional Conduct (the "Motion")**; and request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on _August 21_, _2019_ at _10:30 a.m._, **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 2, Philadelphia, Pennsylvania 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed on or before _August 20_, 2019.

4. The Movant shall serve the Motion, Notice thereof and this Order on (i) the Office of the United States Trustee; (ii) the Debtor's counsel; (iii) the Trustee's counsel; and (iv) all parties who have timely filed requests for notice under Bankruptcy Rule 2002 by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on** _August 1, 2019_.

5. The Movant shall file a Certificate of Service as required by Local Rule 9014-4.

BY THE COURT:

Dated: 8/1/19

*Magdeline D. C——*
Magdeline D. Coleman
Chief United States Bankruptcy Judge

2