**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| CRAIG B. ROSEN, | : | |
| | : | BANKR. NO. 15-10435-mdc |
| Debtor. | : | |
| | : | |

| | | |
|---|---|---|
| | : | |
| Terry P. Dershaw, as Chapter 7 Trustee | : | CHAPTER 7 |
| of the Estate of Craig B. Rosen, | : | |
| | : | ADV. NO. 15-0526-mdc |
| Plaintiff, | : | |
| | : | Hearing Date: August 21, 2019 @ 10:30 a.m. |
| v. | : | Courtroom #2 |
| | : | |
| Craig B. Rosen and Deborah Rosen, | : | |
| | : | |
| Defendants. | | |

**CERTIFICATION OF NO OPPOSITION**

I, Michael D. Vagnoni, Esquire, a partner at the law firm of Obermayer Rebmann

Maxwell & Hippel LLP ("Obermayer"), counsel for Defendant Deborah Rosen ("Defendant")

hereby certify as follows:

1.   On July 31, 2019, Obermayer filed a Combined Motion for Expedited Consideration,

Reduced Time and Limited Notice and Motion of Obermayer Rebmann Maxwell & Hippel LLP

to Withdraw Appearance as Counsel for Defendant Deborah Rosen (the "Motion"). [Docket

No.358].

2.   A true and correct copy of the Motion was served upon the parties listed on the

service list attached to the Motion on July 31, 2019.  A Certificate of Service was filed with this

Court on August 1, 2019.  [Docket No.358-3].

4832-8671-4274

3.   A true and correct copy of the Notice was served upon all creditors and parties in interest listed on the service list attached to the Motion on August 1, 2019. [Docket No.362]. A Certificate of Service was filed with this Court on August 1, 2019.  [Docket No.363].

4.   As of the date hereof, no answer, objection or other responsive pleading has been received by Obermayer in connection with the Motion, and a review of the docket reveals no answer, objection or other responsive pleading in connection with the Motion.

5.   Obermayer respectfully requests that the Court consider the Motion uncontested, grant the Motion and enter the proposed Order attached to the Motion.


Dated: August 21, 2019                    By:     /s/ Michael D. Vagnoni
                                          Michael D. Vagnoni, Esquire
                                          OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                          Centre Square West
                                          1500 Market Street, Suite 3400
                                          Philadelphia, PA  19102
                                          Phone:  (215) 665-3166

4832-8671-4274