# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| CRAIG B. ROSEN | : | Case No. 15-10435-MDC |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER

AND NOW, this 27th day of February, 2020, upon consideration of the Motion of Flaster/Greenberg P.C. to Withdraw as Counsel to Craig B. Rosen, any objections thereto, and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Harry J. Giacometti, Damien Nicholas Tancredi and the law firm of Flaster/Greenberg P.C., are hereby authorized to withdraw as counsel to Craig B. Rosen, debtor in the above-captioned case.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

7344841 v1