United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Craig B Rosen  
      Debtor

Case No. 15-10435-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Randi | Page 1 of 2 | Date Rcvd: Feb 27, 2020 |
| | Form ID: pdf900 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.
```
db             +Craig B Rosen,    1420 Centennial Road,    Narberth, PA 19072-1209
               +Harry J. Giacometti,    Damien Nicholas Tancredi,    Flaster/Greenberg PC,
                 1835 Market St., Ste. 1050,    Phila., PA 19103-2913
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2020 at the address(es) listed below:
```
              AARON S APPLEBAUM    on behalf of Defendant Blair  Nagin aaron.applebaum@saul.com,
               Catherine.santangelo@saul.com
              AARON S APPLEBAUM    on behalf of Defendant    Blair Rosen aaron.applebaum@saul.com,
               Catherine.santangelo@saul.com
              ANDREW N. SCHWARTZ    on behalf of Defendant Deborah   Rosen andrew.schwartz@psinet.com
              ANTHONY  ST. JOSEPH    on behalf of Creditor    Internal Revenue Service anthony.stjoseph@usdoj.gov,
               mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              Christopher  Markos    on behalf of Plaintiff Terry P. Dershaw, Trustee cmarkos@wcblegal.com,
               mcuker@wcblegal.com;pkeys@wcblegal.com
              Christopher  Markos    on behalf of Trustee TERRY P. DERSHAW cmarkos@wcblegal.com,
               mcuker@wcblegal.com;pkeys@wcblegal.com
              Christopher  Markos    on behalf of Spec. Counsel    Williams Cuker Berezofsky cmarkos@wcblegal.com,
               mcuker@wcblegal.com;pkeys@wcblegal.com
              Christopher  Markos    on behalf of Plaintiff Terry P. Dershaw cmarkos@wcblegal.com,
               mcuker@wcblegal.com;pkeys@wcblegal.com
              DAMIEN NICHOLAS TANCREDI    on behalf of Defendant Craig B Rosen
               Damien.Tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
              DAMIEN NICHOLAS TANCREDI    on behalf of Debtor Craig B Rosen Damien.Tancredi@flastergreenberg.com,
               damien.tancredi@ecf.inforuptcy.com
              DAMIEN NICHOLAS TANCREDI    on behalf of Defendant Deborah   Rosen
               Damien.Tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
              DAVID B. SMITH    on behalf of Defendant    Weinerman Pain & Wellness dsmith@skhlaw.com,
               b.dr70286@notify.bestcase.com
              DAVID B. SMITH    on behalf of Defendant Brent   Weinerman dsmith@skhlaw.com,
               b.dr70286@notify.bestcase.com
              DIMITRI L. KARAPELOU    on behalf of  Blake  Rosen dkarapelou@karapeloulaw.com,
               dkarapelou@karapeloulaw.com
              EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Plaintiff Terry P. Dershaw, Trustee edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              HARRY J. GIACOMETTI    on behalf of Defendant Deborah   Rosen harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
               ergreenberg.com
```

```
District/off: 0313-2          User: Randi                  Page 2 of 2                  Date Rcvd: Feb 27, 2020
                              Form ID: pdf900              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         HARRY J. GIACOMETTI    on behalf of Debtor Craig B Rosen harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of Interested Party Deborah  Rosen
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of Defendant Craig B Rosen harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
         JOHN L. LASKEY    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com, jgould@stark-stark.com
         KATHERINE M. REINHART    on behalf of Creditor    Internal Revenue Service katherine.reinhart@usdoj.gov
         KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com
         KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
         MARK R. CUKER    on behalf of Plaintiff Terry P. Dershaw mark@cukerlaw.com, pam@cukerlaw.com
         MARK R. CUKER    on behalf of Plaintiff Terry P. Dershaw, Trustee mark@cukerlaw.com, pam@cukerlaw.com
         MARY F. KENNEDY    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as Trustee mary@javardianlaw.com, tami@javardianlaw.com
         MARY F. KENNEDY    on behalf of Creditor    THE BANK OF NEW YORK MELLON mary@javardianlaw.com, tami@javardianlaw.com
         MICHAEL D. VAGNONI    on behalf of  Deborah  Rosen michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com
         MICHAEL G. BUSENKELL, Esq.    on behalf of Defendant Lauren  Burman mbusenkell@gsbblaw.com
         MICHAEL P. DONOHUE    on behalf of Defendant    Weinerman Pain & Wellness mdonohue@smithkanelaw.com, donohue01@gmail.com
         MICHAEL P. DONOHUE    on behalf of Defendant Brent  Weinerman mdonohue@smithkanelaw.com, donohue01@gmail.com
         MICHAEL P. DONOHUE    on behalf of  Brent  Weinerman mdonohue@smithkanelaw.com, donohue01@gmail.com
         PETER E. MELTZER    on behalf of Creditor    FIRSTRUST BANK bankruptcy@wglaw.com, ibernatski@wglaw.com
         REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN    on behalf of Defendant Blake  Rosen SWaterman@ReadingCh13.com, scottfwaterman@gmail.com
         TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         VIVECA D. PARKER    on behalf of Creditor    Internal Revenue Service viveca.parker@usdoj.gov, genevieve.saylor@usdoj.gov

                                                                                                                                            TOTAL: 41

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| CRAIG B. ROSEN | : Case No. 15-10435-MDC |
| Debtor. | : |

## ORDER

AND NOW, this 27th day of February, 2020, upon consideration of the Motion of Flaster/Greenberg P.C. to Withdraw as Counsel to Craig B. Rosen, any objections thereto, and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Harry J. Giacometti, Damien Nicholas Tancredi and the law firm of Flaster/Greenberg P.C., are hereby authorized to withdraw as counsel to Craig B. Rosen, debtor in the above-captioned case.

Magdeline D. Coleman
Chief United States Bankruptcy Judge

7344841 v1