UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :  CHAPTER 7
                                          :
CRAIG B. ROSEN                            :
                                          :
          DEBTOR          :  BKY. NO. 15-10435-mdc

## **WITHDRAWAL OF APPEARANCE**

TO THE DEPUTY IN CHARGE OF BANKRUPTCY OPERATIONS:

Kindly withdraw the appearance of Edward J. DiDonato, Esquire as counsel to the

Trustee and remove me from the CM/ECF mailing list.  Fox Rothschild LLP continues to serve

as the Trustee's counsel.

FOX ROTHSCHILD LLP

/s/  Edward J. DiDonato
EDWARD J. DiDONATO
2000 Market Street, 20th Floor
Philadelphia, PA  19103
edidonato@foxrothschild.com

124655634.1