IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: November 10, 2021

IN RE:                                          :          Chapter 7

Craig B Rosen
      Debtor(s)                         :          Bankruptcy No. 15-10435MDC

## CERTIFICATION OF COSTS

The sum of $1050.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before 11-26-21.

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | Admin Fee Paid 1-23-15 - No charge | |
| Claims | | |
| Certifications | | |
| Adversary Complaints | 15-327 | $350.00 |
| | 15-526 | $350.00 |
| | 16-199 | $350.00 |
| Copies | | |
| | TOTAL: | $1050.00 |

Dated at Philadelphia, Pennsylvania
this 12th day of November 2021

TIMOTHY B. MCGRATH, Clerk

By: _____Randi Janoff_____
Deputy Clerk

Certcost 8/99