UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| CRAIG B. ROSEN | : |
| | : |
| DEBTOR | : BKY. NO. 15-10435-mdc |

## CERTIFICATE OF SERVICE

I, Jason C. Manfrey, Esquire, hereby certify that on December 1, 2021, I caused service of the (1) Final Application of Counsel to Trustee for Allowance of Compensation and Reimbursement of Expenses, proposed Order, and Notice; and (2) Application for Reimbursement of Expenses to Special Counsel to Trustee, proposed Order, and Notice to be made by regular, postage prepaid mail upon the parties listed on **Service List A**.

I further certify that service of both Notices was made by regular, postage prepaid mail upon the parties listed on **Service List B**.

FOX ROTHSCHILD LLP

/s/ Jason C. Manfrey
Jason C. Manfrey
2000 Market Street, 20th Floor
Philadelphia, PA 19103
jmanfrey@foxrothschild.com
Counsel to Trustee

## SERVICE LIST A

| Craig B. Rosen<br>1420 Centennial Road<br>Narberth, PA 19072 | Kevin P. Callahan, Esquire<br>Office of the U.S. Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106 | John Schanne, Esquire<br>Office of the U.S. Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106<br>[Via Email] |
|---|---|---|

## SERVICE LIST B

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062

Blake Rosen
c/o Dimitri L. Karapelou, Esquire
Law Offices of Dimitri L. Karapelou
2 Penn Center
1500 JFK Boulevard, Suite 920
Philadelphia, PA 19102

Blake Rosen
c/o Rebecca K. McDowell, Esquire
Law Offices of Dimitri L. Karapelou, LLC
2 Penn Center
1500 JFK Boulevard, Suite 920
Philadelphia, PA 19102

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130

Ellen Werther
510 Jennifer Drive
Dresher, PA 19025-1059

Firstrust Bank
1 Walnut Grove Dr.
Horsham, PA 19044

Firstrust Bank
1931 Cottman Ave
Philadelphia, PA 19111

JH Portfolio Debt Equities LLC
JD Receivables LLC
P. O. Box 382656
Germantown, TN 38183

NCEP, LLC, assignee of
United Debt Holdings, LLC
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Joseph Alan Venti, Esquire
Williams Coker Besezofsky
1515 Market Street, Suite 1300
Philadelphia, PA 19102

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

Steward Financial Svcs
499 Old Kings Highway
Maple Shade, NJ 08052

John L. Laskey, Esq.
Stark & Stark
993 Lenox Dr.
Lawrenceville, NJ 08648

The Bank of NY Mellon
c/o Mary F. Kennedy, Esquire
1310 Industrial Blvd., Suite 101
Southampton, PA 18966

Thomas D. Bielli, Esquire
Bielli & Klauder, LLC
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Christopher Markos, Esquire
WILLIAMS CUKER
BEREZOFSKY LLC
1515 Market Street, Suite 1300
Philadelphia, PA 19102

David B. Smith, Esquire
Michael P. Donohue, Esquire
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355

Aaron S. Applebaum, Esquire
Saul Ewing LLP
Center Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Michael G. Busenkell, Esquire
Shannon Dougherty
Humiston, Esquire
Gellert Scali Busenkell & Brown, L
1201 North Orange Street, Suite 3
Wilmington, DE 19801

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106

Viveca D. Parker
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Katherine M. Reinhart
U.S. Department of Justice
Tax Division
P.O. Box 227
Washington, DC 20044

Deborah Rosen
1420 Centennial Road
Narberth, PA 19072

Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101

Kevin G. McDonald, Esquire
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Rebecca Ann Solarz, Esquire
KML Law Group, P.C.
701 Market Street. Suite 5000

Peter E. Meltzer, Esquire
Weber Gallagher Simpson Stapleton Fires
2000 Market Street, 13th Floor
Philadelphia, PA 19103

Anthony St. Joseph
U.S. Attorney's Office EDPA
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106