UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    : CHAPTER 7
                                          :
CRAIG B. ROSEN                            :
                                          :
            DEBTOR                        : BKY. NO. 15-10435-mdc

## CERTIFICATE OF NO OBJECTION AND REQUEST FOR ORDER

I, Jason C. Manfrey, Esquire, hereby certify that after proper service of the Final

Application of The Cuker Law Firm for Allowance of Expenses as special counsel to the

Trustee, no responses or objections have been served upon me or are indicated on the Docket.  I,

therefore, request the entry of the proposed form of Order attached to the Application.

FOX ROTHSCHILD LLP


/s/ Jason C. Manfrey
Jason C. Manfrey
2000 Market Street, 20th Floor
Philadelphia, PA  19103
Counsel to Trustee

128892077