UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| CRAIG B. ROSEN | : |
| | : |
| DEBTOR | : BKY. NO. 15-10435-mdc |

## **O R D E R**

AND NOW, upon consideration of the Application for Reimbursement of Expenses by special counsel to the Trustee for allowance of reimbursement of expenses in the amount of $908.80, and after notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that expenses in the amount of $908.80 are allowed to The Cuker Law Firm ("Cuker") as special counsel to the Trustee for the period July 9, 2018 through May 31, 2021; and it is further

ORDERED that Cuker is not entitled to any further compensation, as fees satisfying any claim of Cuker's previous, dissolved firm, Williams Cuker Berezofsky, were satisfied in full pursuant to Order dated April 26, 2017.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

DATED: December 22, 2021

123715482