United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 15-10435-mdc
Craig B Rosen  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Dec 23, 2021  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Craig B Rosen, 1420 Centennial Road, Narberth, PA 19072-1209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AARON S APPLEBAUM | on behalf of Defendant Blair Nagin aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com |
| AARON S APPLEBAUM | on behalf of Defendant Blair Rosen aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com |
| ANDREW N. SCHWARTZ | on behalf of Attorney Andrew N. Schwartz Esq. andrew.schwartz@psinet.com |
| ANTHONY ST. JOSEPH | on behalf of Creditor Internal Revenue Service anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Christopher Markos | on behalf of Plaintiff Terry P. Dershaw Trustee cmarkos@wcblegal.com, mcuker@wcblegal.com;pkeys@wcblegal.com |
| Christopher Markos | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Dec 23, 2021 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Trustee TERRY P. DERSHAW cmarkos@wcblegal.com   mcuker@wcblegal.com;pkeys@wcblegal.com |
| Christopher Markos | |
| | on behalf of Plaintiff Terry P. Dershaw cmarkos@wcblegal.com   mcuker@wcblegal.com;pkeys@wcblegal.com |
| Christopher Markos | |
| | on behalf of Spec. Counsel Williams Cuker Berezofsky cmarkos@wcblegal.com   mcuker@wcblegal.com;pkeys@wcblegal.com |
| DAMIEN NICHOLAS TANCREDI | |
| | on behalf of Defendant Craig B Rosen Damien.Tancredi@flastergreenberg.com   damien.tancredi@ecf.inforuptcy.com |
| DAMIEN NICHOLAS TANCREDI | |
| | on behalf of Defendant Deborah Rosen Damien.Tancredi@flastergreenberg.com   damien.tancredi@ecf.inforuptcy.com |
| DAVID B. SMITH | |
| | on behalf of Defendant Weinerman Pain & Wellness dsmith@skhlaw.com   b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | |
| | on behalf of Defendant Brent Weinerman dsmith@skhlaw.com   b.dr70286@notify.bestcase.com |
| DIMITRI L. KARAPELOU | |
| | on behalf of Blake Rosen dkarapelou@karapeloulaw.com   dkarapelou@karapeloulaw.com |
| David B. Smith | |
| | on behalf of Defendant Weinerman Pain & Wellness dsmith@smithkanelaw.com |
| EDWARD J. DIDONATO | |
| | on behalf of Plaintiff Terry P. Dershaw  Trustee edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com |
| EDWARD J. DIDONATO | |
| | on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com   brian-oneill-fox-5537@ecf.pacerpro.com |
| EDWARD J. DIDONATO | |
| | on behalf of Attorney FOX ROTHSCHILD LLP edidonato@foxrothschild.com   brian-oneill-fox-5537@ecf.pacerpro.com |
| EDWARD J. DIDONATO | |
| | on behalf of Attorney EDWARD J DIDONATO edidonato@foxrothschild.com   brian-oneill-fox-5537@ecf.pacerpro.com |
| HARRY J. GIACOMETTI | |
| | on behalf of Defendant Deborah Rosen harry.giacometti@flastergreenberg.com   harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | |
| | on behalf of Interested Party Deborah Rosen harry.giacometti@flastergreenberg.com   harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | |
| | on behalf of Defendant Craig B Rosen harry.giacometti@flastergreenberg.com   harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| JASON CHRISTOPHER MANFREY | |
| | on behalf of Attorney FOX ROTHSCHILD LLP jmanfrey@foxrothchild.com   brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com |
| JOHN L. LASKEY | |
| | on behalf of Creditor Steward Financial Services jlaskey@stark-stark.com   jgould@stark-stark.com |
| KATHERINE M. REINHART | |
| | on behalf of Creditor Internal Revenue Service katherine.reinhart@usdoj.gov |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com |
| KEVIN P. CALLAHAN | |
| | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MARK R. CUKER | |
| | on behalf of Plaintiff Terry P. Dershaw mark@cukerlaw.com   pam@cukerlaw.com |
| MARK R. CUKER | |
| | on behalf of Plaintiff Terry P. Dershaw  Trustee mark@cukerlaw.com, pam@cukerlaw.com |
| MARY F. KENNEDY | |
| | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee mary@javardianlaw.com   coleen@javardianlaw.com |
| MARY F. KENNEDY | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON mary@javardianlaw.com   coleen@javardianlaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 23, 2021 | Form ID: pdf900 | Total Noticed: 1 |

MICHAEL D. VAGNONI
    on behalf of Deborah Rosen michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL G. BUSENKELL, Esq.
    on behalf of Defendant Lauren Burman mbusenkell@gsbblaw.com

MICHAEL P. DONOHUE
    on behalf of Defendant Weinerman Pain & Wellness mdonohue@smithkanelaw.com donohue01@gmail.com

MICHAEL P. DONOHUE
    on behalf of Defendant Brent Weinerman mdonohue@smithkanelaw.com donohue01@gmail.com

MICHAEL P. DONOHUE
    on behalf of Brent Weinerman mdonohue@smithkanelaw.com donohue01@gmail.com

PETER E. MELTZER
    on behalf of Creditor FIRSTRUST BANK bankruptcy@wglaw.com ibernatski@wglaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN
    on behalf of Defendant Blake Rosen SWaterman@ReadingCh13.com scottfwaterman@gmail.com

TERRY P. DERSHAW
    td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VIVECA D. PARKER
    on behalf of Creditor Internal Revenue Service viveca.parker@usdoj.gov genevieve.saylor@usdoj.gov,caseview.ecf@usdoj.gov

TOTAL: 41

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| CRAIG B. ROSEN | : |
| | : |
| DEBTOR | : BKY. NO. 15-10435-mdc |

## O R D E R

AND NOW, upon consideration of the Application for Reimbursement of Expenses by special counsel to the Trustee for allowance of reimbursement of expenses in the amount of $908.80, and after notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that expenses in the amount of $908.80 are allowed to The Cuker Law Firm ("Cuker") as special counsel to the Trustee for the period July 9, 2018 through May 31, 2021; and it is further

ORDERED that Cuker is not entitled to any further compensation, as fees satisfying any claim of Cuker's previous, dissolved firm, Williams Cuker Berezofsky, were satisfied in full pursuant to Order dated April 26, 2017.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

DATED: December 22, 2021

123715482