UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| CRAIG B. ROSEN | : |
| | : |
| DEBTOR | : BKY. NO. 15-10435-mdc |

## CERTIFICATE OF NO OBJECTION AND REQUEST FOR ORDER

I, Jason C. Manfrey, Esquire, hereby certify that after proper service of the Amended Final Application of Fox Rothschild LLP for Allowance of Compensation as counsel to the Trustee [D.I. 377], no responses or objections have been served upon me or are indicated on the Docket. I, therefore, request the entry of the proposed form of Order attached to the Amended Application.

FOX ROTHSCHILD LLP

/s/ Jason C. Manfrey
Jason C. Manfrey
2000 Market Street, 20th Floor
Philadelphia, PA  19103
Counsel to Trustee

129275346