UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| CRAIG B. ROSEN | : |
| | : |
| DEBTOR | : BKY. NO. 15-10435-mdc |

**O R D E R**

AND NOW, upon consideration of the Amended Final Application of counsel to the Trustee for allowance of compensation in the amount of $53,309.00 and reimbursement of expenses in the amount of $317.65, and after notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that compensation in the amount of $ 53,309.00, plus expenses in the amount of $ 317.65 are allowed to Fox Rothschild LLP as counsel to the Trustee for the period September 21, 2018 through February 28, 2021; and it is further

ORDERED that final approval of compensation for fees in the amount of $101,319.00 and reimbursement of expenses in the amount of $253.37 are allowed to Fox Rothschild LLP for the period February 19, 2015 through September 20, 2018.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

DATED: January 25, 2022

122094946