United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Craig B Rosen  
    Debtor

Case No. 15-10435-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 26, 2022      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Craig B Rosen, 1420 Centennial Road, Narberth, PA 19072-1209 |
| aty | | FOX ROTHSCHILD LLP, 2000 Market St., 20th fl., Phila., PA 19103-3222 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AARON S APPLEBAUM | on behalf of Defendant Blair Nagin aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com |
| AARON S APPLEBAUM | on behalf of Defendant Blair Rosen aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com |
| ANDREW N. SCHWARTZ | on behalf of Attorney Andrew N. Schwartz  Esq. andrew.schwartz@psinet.com |
| ANTHONY ST. JOSEPH | on behalf of Creditor Internal Revenue Service anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Christopher Markos | on behalf of Plaintiff Terry P. Dershaw  Trustee cmarkos@wcblegal.com, mcuker@wcblegal.com;pkeys@wcblegal.com |

Case 15-10435-mdc    Doc 382    Filed 01/28/22    Entered 01/29/22 00:29:58    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2022 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| Christopher Markos | on behalf of Trustee TERRY P. DERSHAW cmarkos@wcblegal.com mcuker@wcblegal.com;pkeys@wcblegal.com |
| Christopher Markos | on behalf of Spec. Counsel Williams Cuker Berezofsky cmarkos@wcblegal.com mcuker@wcblegal.com;pkeys@wcblegal.com |
| Christopher Markos | on behalf of Plaintiff Terry P. Dershaw cmarkos@wcblegal.com mcuker@wcblegal.com;pkeys@wcblegal.com |
| DAMIEN NICHOLAS TANCREDI | on behalf of Defendant Craig B Rosen Damien.Tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com |
| DAMIEN NICHOLAS TANCREDI | on behalf of Defendant Deborah Rosen Damien.Tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com |
| DAVID B. SMITH | on behalf of Defendant Weinerman Pain & Wellness dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Defendant Brent Weinerman dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DIMITRI L. KARAPELOU | on behalf of Blake Rosen dkarapelou@karapeloulaw.com dkarapelou@karapeloulaw.com |
| David B. Smith | on behalf of Defendant Weinerman Pain & Wellness dsmith@smithkanelaw.com |
| EDWARD J. DIDONATO | on behalf of Plaintiff Terry P. Dershaw Trustee edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com |
| EDWARD J. DIDONATO | on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com |
| EDWARD J. DIDONATO | on behalf of Attorney FOX ROTHSCHILD LLP edidonato@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com |
| EDWARD J. DIDONATO | on behalf of Attorney EDWARD J DIDONATO edidonato@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com |
| HARRY J. GIACOMETTI | on behalf of Defendant Deborah Rosen harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | on behalf of Interested Party Deborah Rosen harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | on behalf of Defendant Craig B Rosen harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| JASON CHRISTOPHER MANFREY | on behalf of Attorney FOX ROTHSCHILD LLP jmanfrey@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com |
| JOHN L. LASKEY | on behalf of Creditor Steward Financial Services jlaskey@stark-stark.com jgould@stark-stark.com |
| KATHERINE M. REINHART | on behalf of Creditor Internal Revenue Service katherine.reinhart@usdoj.gov |
| KEVIN G. MCDONALD | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MARK R. CUKER | on behalf of Plaintiff Terry P. Dershaw mark@cukerlaw.com pam@cukerlaw.com |
| MARK R. CUKER | on behalf of Plaintiff Terry P. Dershaw Trustee mark@cukerlaw.com, pam@cukerlaw.com |
| MARY F. KENNEDY | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee mary@javardianlaw.com coleen@javardianlaw.com |
| MARY F. KENNEDY | on behalf of Creditor THE BANK OF NEW YORK MELLON mary@javardianlaw.com coleen@javardianlaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 26, 2022 | Form ID: pdf900 | Total Noticed: 2 |

MICHAEL D. VAGNONI
    on behalf of Deborah Rosen michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL G. BUSENKELL, Esq.
    on behalf of Defendant Lauren Burman mbusenkell@gsbblaw.com

MICHAEL P. DONOHUE
    on behalf of Defendant Weinerman Pain & Wellness mdonohue@smithkanelaw.com donohue01@gmail.com

MICHAEL P. DONOHUE
    on behalf of Defendant Brent Weinerman mdonohue@smithkanelaw.com donohue01@gmail.com

MICHAEL P. DONOHUE
    on behalf of Brent Weinerman mdonohue@smithkanelaw.com donohue01@gmail.com

PETER E. MELTZER
    on behalf of Creditor FIRSTRUST BANK bankruptcy@wglaw.com ibernatski@wglaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT
    2005-25T1) bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN
    on behalf of Defendant Blake Rosen SWaterman@ReadingCh13.com scottfwaterman@gmail.com

TERRY P. DERSHAW
    td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VIVECA D. PARKER
    on behalf of Creditor Internal Revenue Service viveca.parker@usdoj.gov genevieve.saylor@usdoj.gov,caseview.ecf@usdoj.gov

TOTAL: 41

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
:
CRAIG B. ROSEN :
:
DEBTOR : BKY. NO. 15-10435-mdc

**O R D E R**

AND NOW, upon consideration of the Amended Final Application of counsel to the Trustee for allowance of compensation in the amount of $53,309.00 and reimbursement of expenses in the amount of $317.65, and after notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that compensation in the amount of $ 53,309.00  , plus expenses in the amount of $ 317.65  are allowed to Fox Rothschild LLP as counsel to the Trustee for the period September 21, 2018 through February 28, 2021; and it is further

ORDERED that final approval of compensation for fees in the amount of $101,319.00 and reimbursement of expenses in the amount of $253.37 are allowed to Fox Rothschild LLP for the period February 19, 2015 through September 20, 2018.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

DATED:   January 25, 2022

122094946