United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-10435-mdc |
| Craig B Rosen | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 10, 2022 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Craig B Rosen, 1420 Centennial Road, Narberth, PA 19072-1209 |
| aty | #+ | CHRISTOPHER MARKOS, Williams Cuker Berezofsky LLC, 1515 Market St., Suite 1300, Phila., PA 19102-1929 |
| aty | + | EDWARD J DIDONATO, 2000 Market St,, 20th Floor, Philadelphia, PA 19103-3222 |
| aty | | FOX ROTHSCHILD LLP, 2000 Market St., 20th fl., Phila., PA 19103-3222 |
| aty | + | FOX ROTHSCHILD LLP, 10 Sentry Parkway, Suite 200, Blue Bell, PA 19422-2331 |
| aty | + | MARK R. CUKER, The Cuker Law Firm, 2005 Market Street, Suite 1120, Philadelphia, PA 19103-7035 |
| sp | + | Kelly & Herron, P.C., 1500 Market St., Centre Square-West Tower, Suite W-3110, Phila., PA 19102-2167 |
| sp | #+ | Williams Cuker Berezofsky, 1515 Market St., Ste. 1300, Phila., PA 19102-1929 |
| 13460644 | + | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 13663835 | + | Blake Rosen, c/o Rebecca K. McDowell, Esq., 2 Penn Ctr., 1500 JFK Blvd., Ste. 920, Phila., PA 19102-1742 |
| 13663834 | + | Blake Rosen, c/o Dimitri L. Karapelou, Esq., 2 Penn Ctr., 1500 JFK Blvd., Ste. 920, Phila., PA 19102-1742 |
| 14283620 | + | Eastern Funding LLC, c/o Deirdre M. Richards, Esquire, Fineman Krekstein & Harris PC, 1801 Market Street, Suite 1100, Philadelphia, PA 19103-1605 |
| 13539784 | + | Ellen Werther, 723 Norristown Rd., Horsham, PA 19044-1107 |
| 13494390 | + | Firstrust Bank, 1 Walnut Grove Dr., Horsham, PA 19044-2201 |
| 13510025 | + | JH Portfolio Debt Equities LLC, JD Receivables LLC, P. O. Box 382656, Germantown, TN 38183-2656 |
| 13470392 | + | Norman Werther and Ellen Werther, c/o MARK R. CUKER, JOSEPH ALAN VENTI, Williams Coker Besezofsky, 1515 Market Street, Suite 1300, Philadelphia, PA 19102-1929 |
| 13460650 | | Steward Financial Svcs, 499 Old Kings Highway, Maple Shade, NJ 08052 |
| 13464581 | + | Stewart Fin. Srvs., c/o John L. Laskey, Esq., Stark & Stark, 993 Lenox Dr., Lawrenceville, NJ 08648-2389 |
| 14283619 | + | The Bank of NY Mellon, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13792008 | + | The Bank of NY Mellon, c/o Mary F. Kennedy, Esq., 1310 Industrial Blvd., Ste. 101, Southampton, PA 18966-4030 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 10 2022 23:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2022 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 10 2022 23:36:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 10 2022 23:36:00 | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 13485904 | | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2022 23:39:54 | American InfoSource LP as agent for, Midland |

| | | | | |
|---|---|---|---|---|
| | | | | Funding LLC, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 13497501 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2022 23:40:01 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13460646 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2022 23:40:01 | Capital One, N.a., Capital One Bank (USA) N.A., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13460648 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 10 2022 23:36:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13510187 | | Email/PDF: bncnotices@becket-lee.com | Feb 10 2022 23:40:01 | NCEP, LLC, assignee of UNITED DEBT, HOLDINGS, LLC, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13460649 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2022 23:40:01 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ellen Werther |
| cr | | Norman Werther |
| sp | | The Cuker Law Firm |
| 13460645 | | Cap1/neimn |
| 14318318 | * | Dept. of the Treasury, IRS, PO Box 7346, Phila., PA 19101-7346 |
| 14318033 | *+ | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| NONE | ##+ | Deborah Rosen, 1420 Centennial Road, Narberth, PA 19072-1209 |
| acc | ##+ | Scott H. Kessler, 2543 Kirk Drive, Huntington Calley, PA 19006-5434 |
| 13460647 | ##+ | Firstrust Bank, 1931 Cottman Ave, Philadelphia, PA 19111-3850 |

TOTAL: 4 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2022              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AARON S APPLEBAUM | on behalf of Defendant Blair Nagin aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com |
| AARON S APPLEBAUM | on behalf of Defendant Blair Rosen aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com |
| ANDREW N. SCHWARTZ | on behalf of Attorney Andrew N. Schwartz  Esq. andrew.schwartz@psinet.com |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2022 | Form ID: pdf900 | Total Noticed: 30 |

ANTHONY ST. JOSEPH
    on behalf of Creditor Internal Revenue Service anthony.stjoseph@usdoj.gov
    mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

Christopher Markos
    on behalf of Plaintiff Terry P. Dershaw cmarkos@wcblegal.com  mcuker@wcblegal.com;pkeys@wcblegal.com

Christopher Markos
    on behalf of Plaintiff Terry P. Dershaw Trustee cmarkos@wcblegal.com, mcuker@wcblegal.com;pkeys@wcblegal.com

Christopher Markos
    on behalf of Trustee TERRY P. DERSHAW cmarkos@wcblegal.com  mcuker@wcblegal.com;pkeys@wcblegal.com

Christopher Markos
    on behalf of Spec. Counsel Williams Cuker Berezofsky cmarkos@wcblegal.com  mcuker@wcblegal.com;pkeys@wcblegal.com

DAMIEN NICHOLAS TANCREDI
    on behalf of Defendant Deborah Rosen Damien.Tancredi@flastergreenberg.com  damien.tancredi@ecf.inforuptcy.com

DAMIEN NICHOLAS TANCREDI
    on behalf of Defendant Craig B Rosen Damien.Tancredi@flastergreenberg.com  damien.tancredi@ecf.inforuptcy.com

DAVID B. SMITH
    on behalf of Defendant Brent Weinerman dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Defendant Weinerman Pain & Wellness dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DIMITRI L. KARAPELOU
    on behalf of Blake Rosen dkarapelou@karapeloulaw.com  dkarapelou@karapeloulaw.com

David B. Smith
    on behalf of Defendant Weinerman Pain & Wellness dsmith@smithkanelaw.com

EDWARD J. DIDONATO
    on behalf of Plaintiff Terry P. Dershaw Trustee edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com

EDWARD J. DIDONATO
    on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com  brian-oneill-fox-5537@ecf.pacerpro.com

EDWARD J. DIDONATO
    on behalf of Attorney FOX ROTHSCHILD LLP edidonato@foxrothschild.com  brian-oneill-fox-5537@ecf.pacerpro.com

EDWARD J. DIDONATO
    on behalf of Attorney EDWARD J DIDONATO edidonato@foxrothschild.com  brian-oneill-fox-5537@ecf.pacerpro.com

HARRY J. GIACOMETTI
    on behalf of Defendant Deborah Rosen harry.giacometti@flastergreenberg.com
    harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com

HARRY J. GIACOMETTI
    on behalf of Interested Party Deborah Rosen harry.giacometti@flastergreenberg.com
    harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com

HARRY J. GIACOMETTI
    on behalf of Defendant Craig B Rosen harry.giacometti@flastergreenberg.com
    harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com

JASON CHRISTOPHER MANFREY
    on behalf of Attorney FOX ROTHSCHILD LLP jmanfrey@foxrothchild.com
    brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JOHN L. LASKEY
    on behalf of Creditor Steward Financial Services jlaskey@stark-stark.com  jgould@stark-stark.com

KATHERINE M. REINHART
    on behalf of Creditor Internal Revenue Service katherine.reinhart@usdoj.gov

KEVIN G. MCDONALD
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MARK R. CUKER
    on behalf of Plaintiff Terry P. Dershaw mark@cukerlaw.com  pam@cukerlaw.com

MARK R. CUKER
    on behalf of Plaintiff Terry P. Dershaw Trustee mark@cukerlaw.com, pam@cukerlaw.com

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2022 | Form ID: pdf900 | Total Noticed: 30 |

MARY F. KENNEDY
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee mary@javardianlaw.com coleen@javardianlaw.com

MARY F. KENNEDY
    on behalf of Creditor THE BANK OF NEW YORK MELLON mary@javardianlaw.com coleen@javardianlaw.com

MICHAEL D. VAGNONI
    on behalf of Deborah Rosen michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL G. BUSENKELL, Esq.
    on behalf of Defendant Lauren Burman mbusenkell@gsbblaw.com

MICHAEL P. DONOHUE
    on behalf of Defendant Weinerman Pain & Wellness mdonohue@smithkanelaw.com donohue01@gmail.com

MICHAEL P. DONOHUE
    on behalf of Defendant Brent Weinerman mdonohue@smithkanelaw.com donohue01@gmail.com

MICHAEL P. DONOHUE
    on behalf of Brent Weinerman mdonohue@smithkanelaw.com donohue01@gmail.com

PETER E. MELTZER
    on behalf of Creditor FIRSTRUST BANK bankruptcy@wglaw.com ibernatski@wglaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN
    on behalf of Defendant Blake Rosen SWaterman@ReadingCh13.com scottfwaterman@gmail.com

TERRY P. DERSHAW
    td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VIVECA D. PARKER
    on behalf of Creditor Internal Revenue Service viveca.parker@usdoj.gov genevieve.saylor@usdoj.gov,caseview.ecf@usdoj.gov

TOTAL: 41

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re: ROSEN, CRAIG B. § Case No. 15-10435-MDC
§
§
§
Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Terry P. Dershaw, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/09/2022 in Courtroom 2, Robert N.C. Nix, Sr. Federal Courthouse Courthouse, 900 Market Street, Second Floor, Philadelphia, PA 19107. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/09/2022                    By: /s/ Terry P Dershaw
                                                Trustee

Terry P. Dershaw
P.O. Box 556
Warminster, PA 18974-0632
(484) 897-0341

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re:ROSEN, CRAIG B. | § | Case No. 15-10435-MDC |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 772,500.00 |
| *and approved disbursements of:* | $ | 468,990.17 |
| *leaving a balance on hand of[1] :* | $ | 303,509.83 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | FIRSTRUST BANK | 118,349.36 | 0.00 | 0.00 | 0.00 |
| 3 | FIRSTRUST BANK | 175,268.59 | 0.00 | 0.00 | 0.00 |
| 9-1 S | DEPT. OF THE TREASURY | 10,735.14 | 10,735.14 | 0.00 | 10,735.14 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 10,735.14 |
| Remaining balance: | $ | 292,774.69 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - TERRY P. DERSHAW, TRUSTEE | 41,875.00 | 24,893.49 | 16,981.51 |
| Attorney for Trustee Fees - CLERK, U.S. BANKRUPTCY COURT | 1,050.00 | 0.00 | 1,050.00 |
| Bond Payments - International Sureties | 143.91 | 143.91 | 0.00 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 642.14 | 642.14 | 0.00 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 157.60 | 157.60 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) - CUKER LAW FIRM LLC | 5,000.00 | 5,000.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - FOX ROTHSCHILD LLP | 101,319.00 | 101,319.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - FOX ROTHSCHILD LLP | 53,309.00 | 0.00 | 53,309.00 |
| Attorney for Trustee Fees (Other Firm) - WILLIAMS CUKER BEREZOFSKY | 290,000.00 | 290,000.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - KELLY & HERRON, P.C. | 4,000.00 | 4,000.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - CUKER LAW FIRM LLC | 908.80 | 0.00 | 908.80 |
| Attorney for Trustee Expenses (Other Firm) - MARK CUKER | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - CUKER LAW FIRM LLC | 604.94 | 604.94 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - FOX ROTHSCHILD LLP | 253.37 | 253.37 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - FOX ROTHSCHILD LLP | 317.65 | 0.00 | 317.65 |
| Attorney for Trustee Expenses (Other Firm) - KELLY & HERRON, P.C. | 1,954.66 | 1,954.66 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - WILLIAMS CUKER BEREZOFSKY | 15,688.50 | 15,688.50 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - SCOTT H. KESSLER, C.P.A. | 7,975.00 | 7,975.00 | 0.00 |
| Accountant for Trustee Expenses (Other Firm) - SCOTT H. KESSLER, C.P.A. | 24.51 | 24.51 | 0.00 |

Total to be paid for chapter 7 administrative expenses:   $         72,566.96
Remaining balance:   $       220,207.73

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 220,207.73 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $461,121.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | DEPT. OF THE TREASURY | 461,121.41 | 0.00 | 220,207.73 |

| | Total to be paid for priority claims: | $ | 220,207.73 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,630,461.59 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 1,620.77 | 0.00 | 0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 2,635.51 | 0.00 | 0.00 |
| 5 | JH PORTFOLIO DEBT EQUITIES LLC | 3,215.05 | 0.00 | 0.00 |
| 6 | NCEP, LLC, ASSIGNEE OF UNITED DEBT | 2,142.35 | 0.00 | 0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | 6,421.46 | 0.00 | 0.00 |
| 8 | ELLEN WERTHER | 7,499,079.00 | 0.00 | 0.00 |
| 9U | DEPT. OF THE TREASURY | 115,347.45 | 0.00 | 0.00 |

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | | 0.00 |
| Remaining balance: | $ | | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $38,721.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9-1 PENALTIES | DEPT. OF THE TREASURY | 38,721.00 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| Total to be paid for subordinated claims: | $ | | 0.00 |
| Remaining balance: | $ | | 0.00 |

Prepared By: /s/ Terry P Dershaw
                                Trustee

Terry P. Dershaw
P.O. Box 556
Warminster, PA 18974-0632
(484) 897-0341

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**