UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROSEN, CRAIG

Debtor(s)

Case No. 15-10435 MDC

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this 22nd day of March 2022, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE