**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ROSEN, CRAIG B | : | Case No. 15-10435-MDC |
| | : | |
| | : | Chapter 7 |
| Debtor | : | |
| | : | |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 22nd day of March 2022, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $41,875.00 is reasonable compensation for the services in this case by Terry P. Dershaw, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge