United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-10435-mdc |
| Craig B Rosen | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Craig B Rosen, 1420 Centennial Road, Narberth, PA 19072-1209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 25, 2022 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AARON S APPLEBAUM | on behalf of Defendant Blair Nagin aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com |
| AARON S APPLEBAUM | on behalf of Defendant Blair Rosen aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com |
| ANDREW N. SCHWARTZ | on behalf of Attorney Andrew N. Schwartz  Esq. andrew.schwartz@psinet.com |
| ANTHONY ST. JOSEPH | on behalf of Creditor Internal Revenue Service anthony.stjoseph@usdoj.gov  mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Christopher Markos | |

Case 15-10435-mdc Doc 393 Filed 03/25/22 Entered 03/26/22 00:28:50 Desc
Imaged Certificate of Notice    Page 2 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Terry P. Dershaw Trustee cmarkos@wcblegal.com, mcuker@wcblegal.com;pkeys@wcblegal.com |
| Christopher Markos | |
| | on behalf of Trustee TERRY P. DERSHAW cmarkos@wcblegal.com mcuker@wcblegal.com;pkeys@wcblegal.com |
| Christopher Markos | |
| | on behalf of Plaintiff Terry P. Dershaw cmarkos@wcblegal.com mcuker@wcblegal.com;pkeys@wcblegal.com |
| Christopher Markos | |
| | on behalf of Spec. Counsel Williams Cuker Berezofsky cmarkos@wcblegal.com mcuker@wcblegal.com;pkeys@wcblegal.com |
| DAMIEN NICHOLAS TANCREDI | |
| | on behalf of Defendant Craig B Rosen Damien.Tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com |
| DAMIEN NICHOLAS TANCREDI | |
| | on behalf of Defendant Deborah Rosen Damien.Tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com |
| DAVID B. SMITH | |
| | on behalf of Defendant Weinerman Pain & Wellness dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | |
| | on behalf of Defendant Brent Weinerman dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DIMITRI L. KARAPELOU | |
| | on behalf of Blake Rosen dkarapelou@karapeloulaw.com dkarapelou@karapeloulaw.com |
| David B. Smith | |
| | on behalf of Defendant Weinerman Pain & Wellness dsmith@smithkanelaw.com |
| EDWARD J. DIDONATO | |
| | on behalf of Plaintiff Terry P. Dershaw Trustee edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com |
| EDWARD J. DIDONATO | |
| | on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com |
| EDWARD J. DIDONATO | |
| | on behalf of Attorney FOX ROTHSCHILD LLP edidonato@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com |
| EDWARD J. DIDONATO | |
| | on behalf of Attorney EDWARD J DIDONATO edidonato@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com |
| HARRY J. GIACOMETTI | |
| | on behalf of Defendant Deborah Rosen harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | |
| | on behalf of Interested Party Deborah Rosen harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | |
| | on behalf of Defendant Craig B Rosen harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| JASON CHRISTOPHER MANFREY | |
| | on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com |
| JASON CHRISTOPHER MANFREY | |
| | on behalf of Attorney FOX ROTHSCHILD LLP jmanfrey@foxrothchild.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com |
| JOHN L. LASKEY | |
| | on behalf of Creditor Steward Financial Services jlaskey@stark-stark.com jgould@stark-stark.com |
| KATHERINE M. REINHART | |
| | on behalf of Creditor Internal Revenue Service katherine.reinhart@usdoj.gov |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com |
| KEVIN P. CALLAHAN | |
| | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MARK R. CUKER | |
| | on behalf of Plaintiff Terry P. Dershaw mark@cukerlaw.com pam@cukerlaw.com |
| MARK R. CUKER | |
| | on behalf of Plaintiff Terry P. Dershaw Trustee mark@cukerlaw.com, pam@cukerlaw.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

MARY F. KENNEDY
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee mary@javardianlaw.com coleen@javardianlaw.com

MARY F. KENNEDY
    on behalf of Creditor THE BANK OF NEW YORK MELLON mary@javardianlaw.com coleen@javardianlaw.com

MICHAEL D. VAGNONI
    on behalf of Deborah Rosen michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL G. BUSENKELL, Esq.
    on behalf of Defendant Lauren Burman mbusenkell@gsbblaw.com

MICHAEL P. DONOHUE
    on behalf of Defendant Weinerman Pain & Wellness mdonohue@smithkanelaw.com donohue01@gmail.com

MICHAEL P. DONOHUE
    on behalf of Defendant Brent Weinerman mdonohue@smithkanelaw.com donohue01@gmail.com

MICHAEL P. DONOHUE
    on behalf of Brent Weinerman mdonohue@smithkanelaw.com donohue01@gmail.com

PETER E. MELTZER
    on behalf of Creditor FIRSTRUST BANK bankruptcy@wglaw.com ibernatski@wglaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN
    on behalf of Defendant Blake Rosen SWaterman@ReadingCh13.com scottfwaterman@gmail.com

TERRY P. DERSHAW
    td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VIVECA D. PARKER
    on behalf of Creditor Internal Revenue Service viveca.parker@usdoj.gov genevieve.saylor@usdoj.gov,caseview.ecf@usdoj.gov

TOTAL: 42

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROSEN, CRAIG

Debtor(s)

Case No. 15-10435 MDC

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this 22nd day of March 2022, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE