United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-10435-mdc |
| Craig B Rosen | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Craig B Rosen, 1420 Centennial Road, Narberth, PA 19072-1209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AARON S APPLEBAUM | on behalf of Defendant Blair Nagin aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com |
| AARON S APPLEBAUM | on behalf of Defendant Blair Rosen aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com |
| ANDREW N. SCHWARTZ | on behalf of Attorney Andrew N. Schwartz Esq. andrew.schwartz@psinet.com |
| ANTHONY ST. JOSEPH | on behalf of Creditor Internal Revenue Service anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Christopher Markos | on behalf of Plaintiff Terry P. Dershaw  Trustee cmarkos@wcblegal.com, mcuker@wcblegal.com;pkeys@wcblegal.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Christopher Markos
    on behalf of Trustee TERRY P. DERSHAW cmarkos@wcblegal.com  mcuker@wcblegal.com;pkeys@wcblegal.com

Christopher Markos
    on behalf of Plaintiff Terry P. Dershaw cmarkos@wcblegal.com  mcuker@wcblegal.com;pkeys@wcblegal.com

Christopher Markos
    on behalf of Spec. Counsel Williams Cuker Berezofsky cmarkos@wcblegal.com  mcuker@wcblegal.com;pkeys@wcblegal.com

DAMIEN NICHOLAS TANCREDI
    on behalf of Defendant Craig B Rosen damien.tancredi@flastergreenberg.com  damien.tancredi@ecf.inforuptcy.com

DAMIEN NICHOLAS TANCREDI
    on behalf of Defendant Deborah Rosen damien.tancredi@flastergreenberg.com  damien.tancredi@ecf.inforuptcy.com

DAVID B. SMITH
    on behalf of Defendant Weinerman Pain & Wellness dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Defendant Brent Weinerman dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DIMITRI L. KARAPELOU
    on behalf of Blake Rosen dkarapelou@karapeloulaw.com dkarapelou@karapeloulaw.com;karapelou.dimitrib112083@notify.bestcase.com

David B. Smith
    on behalf of Defendant Weinerman Pain & Wellness dsmith@smithkanelaw.com

EDWARD J. DIDONATO
    on behalf of Plaintiff Terry P. Dershaw  Trustee edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com

EDWARD J. DIDONATO
    on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com  brian-oneill-fox-5537@ecf.pacerpro.com

EDWARD J. DIDONATO
    on behalf of Attorney FOX ROTHSCHILD LLP edidonato@foxrothschild.com  brian-oneill-fox-5537@ecf.pacerpro.com

EDWARD J. DIDONATO
    on behalf of Attorney EDWARD J DIDONATO edidonato@foxrothschild.com  brian-oneill-fox-5537@ecf.pacerpro.com

HARRY J. GIACOMETTI
    on behalf of Defendant Deborah Rosen harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com

HARRY J. GIACOMETTI
    on behalf of Interested Party Deborah Rosen harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com

HARRY J. GIACOMETTI
    on behalf of Defendant Craig B Rosen harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com

JASON CHRISTOPHER MANFREY
    on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JASON CHRISTOPHER MANFREY
    on behalf of Attorney FOX ROTHSCHILD LLP jmanfrey@foxrothchild.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JOHN L. LASKEY
    on behalf of Creditor Steward Financial Services jlaskey@stark-stark.com  jgould@stark-stark.com

KATHERINE M. REINHART
    on behalf of Creditor Internal Revenue Service katherine.reinhart@usdoj.gov

KEVIN G. MCDONALD
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MARK R. CUKER
    on behalf of Plaintiff Terry P. Dershaw mark@cukerlaw.com  pam@cukerlaw.com

MARK R. CUKER
    on behalf of Plaintiff Terry P. Dershaw  Trustee mark@cukerlaw.com, pam@cukerlaw.com

MARY F. KENNEDY

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 21, 2022 | Form ID: pdf900 | Total Noticed: 1

    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee mary@javardianlaw.com coleen@javardianlaw.com

MARY F. KENNEDY
    on behalf of Creditor THE BANK OF NEW YORK MELLON mary@javardianlaw.com coleen@javardianlaw.com

MICHAEL D. VAGNONI
    on behalf of Deborah Rosen michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL G. BUSENKELL, Esq.
    on behalf of Defendant Lauren Burman mbusenkell@gsbblaw.com

MICHAEL P. DONOHUE
    on behalf of Defendant Weinerman Pain & Wellness mdonohue@smithkanelaw.com donohue01@gmail.com

MICHAEL P. DONOHUE
    on behalf of Defendant Brent Weinerman mdonohue@smithkanelaw.com donohue01@gmail.com

MICHAEL P. DONOHUE
    on behalf of Brent Weinerman mdonohue@smithkanelaw.com donohue01@gmail.com

PETER E. MELTZER
    on behalf of Creditor FIRSTRUST BANK bankruptcy@wglaw.com ibernatski@wglaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2005-25T1) bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN
    on behalf of Defendant Blake Rosen SWaterman@ReadingCh13.com scottfwaterman@gmail.com

TERRY P. DERSHAW
    td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VIVECA D. PARKER
    on behalf of Creditor Internal Revenue Service viveca.parker@usdoj.gov genevieve.saylor@usdoj.gov,caseview.ecf@usdoj.gov

TOTAL: 42

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

ROSEN, CRAIG B.                                  Case No. 15-10435 MDC

ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,
DISCHARGING TRUSTEE, AND CLOSING ESTATE

AND NOW, this 21st day of        June    2022, upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge